# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| LeAnne Withrow, on behalf of herself and all persons similarly situated | United States of America et al. (see attached) |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888  **(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Washington, DC  **(IN U.S. PLAINTIFF CASES ONLY)**  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)  (see attached) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action **and** one in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
- ☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)*    OR    ☐ F. *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 462 Naturalization Application

- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| | | | |
|---|---|---|---|
| ○ **G.** *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ⦿ **H.** *Employment Discrimination*<br>☒ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ **I.** *FOIA/Privacy Act*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ○ **J.** *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K.** *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ **L.** *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ○ **M.** *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ **N.** *Three-Judge Court*<br>☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII employment discrimination (42 U.S.C. § 2000e et seq.) and Administrative Procedure Act (5 U.S.C. § 706) challenges to Agency Actions

| **VII. REQUESTED IN COMPLAINT** | ☒ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐   NO ☒ |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction)   YES ☐   NO ☒ | | If yes, please complete related case form |

DATE: 11/20/2025    SIGNATURE OF ATTORNEY OF RECORD  /s/ Jonathan Gleklen

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

- **I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

- **III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

- **IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of the case.

- **VI.** CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

- **VIII.** RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I.(a) Defendants

UNITED STATES OF AMERICA,
c/o Attorney General of the United States;

SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management;

OFFICE OF PERSONNEL MANAGEMENT;

MICHAEL RIGAS, in his official capacity as Acting Administrator of the General Services Administration;

GENERAL SERVICES ADMINISTRATION;

ANDREW FOIS, in his official capacity as Chairman of the Administrative Conference of the United States;

TRAVIS ADKINS, in his official capacity as Chief Executive Officer of the African Development Foundation;

MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau;

PATRICIA A. SOLIMENE, in her official capacity as Director of the Bureau of Engraving & Printing;

TIMOTHY GRIBBEN, in his official capacity as Commissioner of the Bureau of the Fiscal Service;

JOHN RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency;

RAHUL VARMA, in his official capacity as Acting Director of the Commodity Future Trading Commission;

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Board;

PETER A. FELDMAN, in his official capacity as Acting Chairman of the Consumer Product Safety Commission;

MICHAEL D. SMITH, in his official capacity as Chief Executive Officer of the Corporation for National and Community Service (AmeriCorps);

PATRICIA L. LEE, in her official capacity as Board Member of the Defense Nuclear Facilities Safety Board;

BROOKE L. ROLLINS, in her official capacity as Secretary of the Department of Agriculture;

HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce;

PETE HEGSETH, in his official capacity as Secretary of the Department of Defense;

LINDA E. MCMAHON, in her official capacity as Secretary of the Department of Education;

CHRIS WRIGHT, in his official capacity as Secretary of the Department of Energy;

ROBERT KENNEDY, in his official capacity as Secretary of the Department of Health and Human Services;

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security;

SCOTT TURNER, in his official capacity as Secretary of the Department of Housing and Urban Development;

DOUG BURGUM, in his official capacity as Secretary of the Department of lnterior;

PAM BONDI, in her official capacity as Attorney General of the Department of Justice;

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the Department of Labor;

MARCO RUBIO, in his official capacity as Secretary of the Department of State;

LOREN J. SCIURBA, in his official capacity as Deputy Inspector General of the Department of the Treasury Inspector General;

SEAN DUFFY, in his official capacity as Secretary of the Department of Transportation;

DOUGLAS A. COLLINS, in his official capacity as Secretary of the Department of Veterans Affairs;

LEE ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency;

ANDREA R. LUCAS, in his official capacity as Chair of the Equal Employment Opportunity Commission;

JOHN JOVANOVIC, in his official capacity as President and Chairman of the Export-Import Bank of the United States;

JEFFERY HALL, in his official capacity as Chairman and Chief Executive Officer of the Farm Credit Administration;

BRENDON CARR, in his official capacity as Chairman of the Federal Communications Commission;

TRAVIS HILL, in his official capacity as Acting Chairman of the Federal Deposit Insurance Corporation;

SHANA M. BROUSSARD, in her official capacity as Chair of the Federal Election Commission;

COLLEEN DUFFY KIKO, in her official capacity as Chairman of the Federal Labor Relations Authority;

LOUISE. SOLA, in his official capacity as Commissioner of the Federal Maritime Commission;

ANNA DAVIS, in her official capacity as General Counsel, Performing the Duties of the Director of the Federal Mediation and Conciliation Service;

MARY LU JORDAN, in her official capacity as Commissioner of the Federal Mine Safety and Health Review Commission;

JEROME H. POWELL, in his official capacity as Chair of the Federal Reserve System;

MICHAEL F. GERBER, in his official capacity as Chair of the Federal Retirement Thrift Investment Board;

ANDREW FERGUSON, in his official capacity as Chair of the Federal Trade Commission;

ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network;

RODNEY BOYD, in his official capacity as Adjutant General of the Illinois National Guard;

EDDY ARRIOLA, in his official capacity as Board Chair of the Inter-American Foundation;

SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service;

BEN BLACK, in his official capacity as Chief Executive Officer of the International Development Finance Corporation;

HENRY J. KERNER, in his official capacity as Acting Chairman of the Merit Systems Protection Board;

SEAN DUFFY, in his official capacity as Acting Administrator of the National Aeronautics and Space Administration;

MARCO RUBIO, in his official capacity as Acting Archivist of the United States of the National Archives and Records Administration;

WILLIAM SCHARF, in his official capacity as Chairman of the National Capital Planning Commission;

KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration;

MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Foundation On The Arts and The Humanities;

DAVID PROUTY, in his official capacity as Board Member of the National Labor Relations Board;

LOREN E. SWEATT, in her official capacity as Chair of the National Mediation Board;

ROGER HARRIS, in his official capacity as President of the National Railroad Passenger Corporation (Amtrak);

BRIAN W. STONE, in his official capacity as Chief of Staff, Performing the duties of the Director of the National Science Foundation;

JENNIFER HOMENDY, in her official capacity as Chairperson of the National Transportation Safety Board;

DAVID A. WRIGHT, in his official capacity as Chairman of the Nuclear Regulatory Commission;

JONATHAN L. SNARE, in his official capacity as Commissioner of the Occupational Safety and Health Review Commission;

ERIC UELAND, in his official capacity as Acting Director of the Office of Government Ethics;

JAMIESON GREER, in his official capacity as Acting Special Counsel of the Office of Special Counsel;

JONATHAN V. GOULD, in his official capacity as Comptroller of the Office of the Comptroller of the Currency;

TULSI GABBARD, in her official capacity as Director of the Office of the Director of National Intelligence;

PAUL SHEA, in his official capacity as Chief Executive Officer of the Peace Corps;

JANET DHILLON, in her official capacity as Director of the Pension Benefit Guaranty Corporation;

ROBERT G. TAUB, in his official capacity as Vice Chairman of the Postal Regulatory Commission;

ERHARD R. CHORLE, in his official capacity as Chairman of the Railroad Retirement Board;

PAUL S. ATKINS, in his official capacity as Chair of the Securities and Exchange Commission;

CRAIG T. BROWN, in his official capacity as Acting Director of the Selective Service System 1501 Wilson Blvd.;

KELLY LOEFFLER, in her official capacity as Administrator of the Small Business Administration;

FRANK J. BISIGNANO, in his official capacity as Commissioner of the Social Security Administration;

DON MOUL, in his official capacity as President & Chief Executive Officer of the Tennessee Valley Authority;

THOMAS R. HARDY, in his official capacity as Acting Director of the Trade and Development Agency;

HEATHER M. HILL, in her official capacity as Acting Inspector General of the Treasury Inspector General for Tax Administration;

KRISTIE MCNALLY, in her official capacity as Acting Director of the U.S. Mint;

KARI LAKE , in her official capacity as Senior Advisor of the United States Agency for Global Media;

RUSSELL VOUGHT, in his official capacity as Acting Administrator of the United States Agency for International Development;

ROCHELLE GARZA, in her official capacity as Chair of the United States Commission on Civil Rights;

AMY A. KARPEL, in her official capacity as Chair of the United States International Trade Commission; and

DAVID STEINER, in his official capacity as Postmaster General and Chief Executive Officer of the United States Postal Service

I.(b) Plaintiffs' Attorneys

Shana Knizhnik (D.D.C. Bar No. 120840)
Harper Seldin (pro hac vice forthcoming)
Joshua Block (pro hac vice forthcoming)
Barbara Schwabauer (pro hac vice forthcoming)
American Civil Liberties Union Foundation
125 Broad St., New York, NY 10004
917-716-0609
sknizhnik@aclu.org
hseldin@aclu.org
jblock@aclu.org
bschwabauer@aclu.org

Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
ACLU Foundation of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
202-601-4267
smichelman@acludc.org
mperloff@acludc.org

Kaitlyn Golden (Bar No. 1022111)
Madeline Gitomer (Bar No. 1023447)
Paul Wolfson (Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
202-701-1789
kgolden@democracyforward.org
mgitomer@democracyforward.org
pwolfson@democracyforward.org

Michelle Teresa García (pro hac vice forthcoming)
Priyanka Menon (pro hac vice forthcoming)
Roger Baldwin Foundation of ACLU, Inc.
150 N Michigan, Suite 600
Chicago, IL 60601
312-201-9740 ext. 319
mgarcia@aclu-il.org
pmenon@aclu-il.org

Jonathan Gleklen (D.C. Bar No. 443660)
Rachel Forman (pro hac vice forthcoming)
Darrel Pae (pro hac vice forthcoming)
Sangeeta Shastry (pro hac vice forthcoming)
Whitney Turk (pro hac vice forthcoming)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-5000
jonathan.gleklen@arnoldporter.com
rachel.forman@arnoldporter.com
darrell.pae@arnoldporter.com
sangeeta.shastry@arnoldporter.com
whitney.turk@arnoldporter.com

Allissa Pollard (pro hac vice forthcoming)
Christopher Odell (pro hac vice forthcoming)
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
713-576-2451
allissa.pollard@arnoldporter.com
christopher.odell@arnoldporter.com

Summer Perez (pro hac vice forthcoming)
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7314
summer.perez@arnoldporter.com