# EXHIBIT C

2023 Office of Personnel Management

# Federal Employee Viewpoint Survey Results

*Empowering employees. Inspiring change.*

## Governmentwide Management Report



# A Message from the Director

I am pleased to announce that the 2023 Office of Personnel Management's (OPM) Federal Employee Viewpoint Survey (FEVS) results demonstrate that federal employees remain remarkably resilient, are increasingly engaged, and value diversity, equity, inclusion, and accessibility (DEIA) in the workplace.

The OPM FEVS is the largest government employee survey in the world and an unmatched data asset, collecting employee feedback from more than 80 executive agencies. This year, participation showed a significant increase, rising from 35 percent in 2022 to 39 percent in 2023, with 625,568 federal employees completing the survey.

The 2023 OPM FEVS results reflect the success of the President's Management Agenda in building a stronger and more effective federal workforce. The Employee Engagement Index (EEI) score increased from 71 percent in 2022 to 72 percent in 2023, indicating strong workforce motivation within federal agencies. Notably, a one-point increase represents roughly 6,300 respondents sharing a more positive perspective in 2023, the equivalent of a medium-sized federal agency. Additionally, the two subindices, "Leaders Lead" and "Intrinsic Work Experience," both increased from 59 percent to 61 percent and 73 percent to 74 percent, respectively. These increases reflect a robust foundation for performance across government. I am also proud to report that in the second year of the DEIA Index, scores increased from 69 percent in 2022 to 71 percent in 2023, showing an improvement in positive views of agency DEIA practices.

In the Performance Confidence Index (PCI), scores remained high and steady at 84 percent. PCI largely measures employees' views that their work unit can meet customer needs, achieve goals, and perform mission responsibilities. Similarly, the Global Satisfaction Index, which measures employees' satisfaction with their job, pay, and organization, and whether they would recommend their organization as a good place to work, saw a two percent increase from 62 percent to 64 percent.

As OPM modernizes the tools we make available to federal employees and the public alike, future versions of this report will link to a data dashboard, allowing readers to explore the data in detail.

Encouraging results from the 2023 FEVS show our workforce remains resilient, engaged, and focused on delivering for the American people. I encourage every agency and department leader, manager, and supervisor to review their results and take action where needed.

OPM remains a committed partner of federal agencies and federal employees. I am excited to build on this year's success and support our workforce as we continue to serve the Nation.

Kiran A. Ahuja
Director
U.S. Office of Personnel Management

# Table of Contents

Introduction ...................................................................................................................................... 1

    Background to Results .................................................................................................................. 1

    Survey Content ............................................................................................................................ 2

    2023 OPM FEVS Administration, Reporting, and OPM Dashboard ............................................ 2

At a Glance ...................................................................................................................................... 3

    Participant Overview .................................................................................................................. 4

    Response Rates .......................................................................................................................... 5

    Top Response Rates and Increases............................................................................................ 6

Employee Engagement Index............................................................................................................ 7

Global Satisfaction Index ............................................................................................................... 10

Performance Confidence Index ...................................................................................................... 13

Diversity, Equity, Inclusion, and Accessibility (DEIA) Index ........................................................... 16

Employee Experience Index ........................................................................................................... 19

Telework & Remote Work Item Results.......................................................................................... 21

Organization Health and Performance ........................................................................................... 22

Conclusions and Next Steps ........................................................................................................... 23

Appendix A: Participating Agency Response Rates by Size.............................................................. 24

Appendix B: Analytical Methods and Additional OPM FEVS Reports ............................................. 28

    Analytical Methods .................................................................................................................. 28

    Other OPM FEVS Reports and Governmentwide Data Reports ............................................... 28

Appendix C: Survey Item Results ................................................................................................... 29

Appendix D: Respondent Characteristics ....................................................................................... 37

Appendix E: OPM FEVS Indices....................................................................................................... 42

# Introduction

The 2023 Federal Employee Viewpoint Survey (FEVS) is an opportunity for Federal employees to share their opinions and perceptions about their work experiences. An organizational climate survey, data from the FEVS allow assessment of how employees view their current work environment, including management, workplace policies, and new initiatives. Climate assessments provide insights into performance and are important tools for identifying ways to improve workplace effectiveness. At a governmentwide level, FEVS results provide information that can help shape current and future policies. Finally, participation in the FEVS satisfies the mandate for each agency to survey its employees under the National Defense Authorization Act for Fiscal Year 2004 (5 USC 31, 41, 43, 45, 53)[1] and detailed in accompanying regulation 5 CFR 250 subpart C.[2] This report presents the results from the governmentwide 2023 FEVS, highlighting agency improvements throughout.

## Background to Results

Throughout the report, some agency results are shown by size groupings, using employee populations as of November 2022. For more information and for a full listing of the agencies included in each category, see Appendix A. The five size categories are:



**Very Small**
(<100 employees)



**Small**
(100–999 employees)



**Medium**
(1,000–9,999 employees)



**Large**
(10,000–74,999 employees)



**Very Large**
(>=75,000 employees)

Federal employees onboard with their agency as of November 2022 were eligible to participate in the 2023 FEVS. Political appointees and contractors/non-Federal employees are not eligible to participate. The survey was a census, meaning each eligible employee was invited to participate. Invitations were sent to 1,609,839 employees. A total of 625,568 employees completed a survey for a final response rate of 39 percent. For detailed survey results see Appendices C, D, and E.

---

[1] NDAA
SEC. 1128. EMPLOYEE SURVEYS.
(a) IN GENERAL.—Each agency shall conduct an annual survey of its employees (including survey questions unique to the agency and questions prescribed under subsection (b)) to assess—
    (1) leadership and management practices that contribute to agency performance; and
    (2) employee satisfaction with—
        (A) leadership policies and practices;
        (B) work environment;
        (C) rewards and recognition for professional accomplishment and personal contributions to achieving organizational mission;
        (D) opportunity for professional development and growth; and
        (E) opportunity to contribute to achieving organizational mission.
(b) REGULATIONS.—The Office of Personnel Management shall issue regulations prescribing survey questions that should appear on all agency surveys under subsection (a) in order to allow a comparison across agencies.
(c) AVAILABILITY OF RESULTS.—The results of the agency surveys under subsection (a) shall be made available to the public and posted on the website of the agency involved, unless the head of such agency determines that doing so would jeopardize or negatively impact national security.
[2] https://www.law.cornell.edu/cfr/text/5/part-250/subpart-C

# Introduction (continued)

## Survey Content

The 2023 FEVS included a total of 91 items, plus 19 demographic items. The survey maintained its core content of Annual Employee Survey (AES) items required in regulation, the Employee Engagement Index (EEI), Global Satisfaction Index, and Performance Confidence Index. To streamline and modernize survey content, several items were removed from the FEVS. These include paid parental leave, re-entry, and COVID-19 items. New items were added to help measure autonomy, formalization, and communication. Item updates were also made to the telework and intent to leave items.

## 2023 FEVS Administration, Reporting and OPM Dashboards

The 2023 survey was administered in late spring/early summer. The survey was administered as a census with a full suite of reports distributed to agencies, including lower-level work units. Public reporting is similar to 2022 reports and results by item and agency can be retrieved from the FEVS website.

The FEVS dashboard is a new tool designed to provide FEVS results and indices across the federal government and by agency size. The governmentwide dashboard can be accessed from the FEVS website.

# At a Glance

The 2023 FEVS results reflect Federal employees' commitment to their work and serving the American people. Employees find it most important that their work contributes to the common good and that their work unit meets customers' needs and produces high-quality work.

High scores demonstrate employees' positive perceptions of their agencies' performance. Equally important are items with low scores, which indicate where employees see room for improvement. While recognition and communication items have lower scores, these items have improved since 2022, showing agency actions taken in these areas had an impact.

## Items with the Highest and Lowest Levels of Positive Responses

### HIGHEST Percentage Level of Positive Responses

| | |
|---|---|
| 92% | It is important to me that my work contribute to the common good. (Q. 90) |
| 87% | Employees in my work unit meet the needs of our customers. (Q. 20) |
| 87% | My supervisor holds me accountable for achieving results. (Q. 53) |
| 86% | I am held accountable for the quality of work I produce. (Q. 11) |
| 86% | My supervisor treats me with respect. (Q. 51) |
| 85% | I know how my work relates to the agency's goals. (Q. 7) |
| 85% | Employees in my work unit contribute positively to my agency's performance. (Q. 21) |
| 84% | I know what my work unit's goals are. (Q. 26) |
| 84% | My supervisor supports my need to balance work and other life issues. (Q. 49) |
| 83% | Employees in my work unit produce high-quality work. (Q. 22) |
| 83% | My organization has prepared me for potential cybersecurity threats. (Q. 44) |

### LOWEST Percentage Level of Positive Responses

| | |
|---|---|
| 45% | In my work unit, differences in performance are recognized in a meaningful way. (Q. 17) |
| 46% | Management involves employees in decisions that affect their work. (Q. 66) |
| 48% | I believe the results of this survey will be used to make my agency a better place to work. (Q. 47) |
| 50% | In my organization, senior leaders generate high levels of motivation and commitment in the workforce. (Q. 57) |
| 53% | How satisfied are you with your involvement in decisions that affect your work? (Q. 67) |
| 54% | In my organization, arbitrary action, personal favoritism and/or political coercion are not tolerated. (Q. 45) |
| 54% | Management makes effective changes to address challenges facing our organization. (Q. 65) |
| 55% | The approval process in my organization allows timely delivery of my work. (Q. 41) |
| 55% | How satisfied are you with the information you receive from management on what's going on in your organization? (Q. 68) |
| 56% | My work unit commits resources to develop new ideas (e.g., budget, staff, time, expert support). (Q. 27) |
| 56% | Information is openly shared in my organization. (Q. 40) |
| 56% | How satisfied are you with the recognition you receive for doing a good job? (Q. 69) |

Notes: Weighting is done to ensure survey estimates accurately represent the survey population. Items with the Highest and Lowest Levels of Positive Responses include items 1-90, excluding item 16. Results for items 1-91a are found in Appendix C.

# At a Glance (continued)

## Participant Overview

The first figure below shows a comparison between survey respondents and the total Federal workforce on selected demographic categories. The second figure presents a breakdown by generation and a comparison of survey respondents to the total Federal workforce. Results for all demographic items can be found in Appendix D.

## Respondent Characteristics



### Survey Respondents

| **26**% Military Service | **42**% Pay Grades 13 to 15 | **25**% Federal Tenure More Than 20 Years | **48**% Female | **78**% Non-Supervisory Status | **39**% Minority | **35**% Bachelor's Degree |
|---|---|---|---|---|---|---|
| 32% | 22% | 28% | 41% | 86% | 38% | 28% |

### Total Workforce

## Generational Overview



| Survey Respondents | **Generations** | Total Workforce |
|---|---|---|
| <1% | Traditionalists (born 1945 or earlier) | <1% |
| 22% | Baby Boomers (born 1946–1964) | 20% |
| 47% | Generation X (born 1965–1980) | 43% |
| 29% | Generation Y (born 1981–1996) | 33% |
| 2% | Generation Z (born 1997 or later) | 4% |

Note: The sum of percentages may not equal 100 due to rounding.

# At a Glance (continued)

## Response Rates

The table below reports governmentwide response rates for 2023 along with the response rates from the past four administrations of the FEVS, grouped by agency size categories.

## Response Rate Comparisons

| Size | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|
| Governmentwide | 43 | 44 | 34 | 35 | 39 |
| Very Small Agencies (<100 employees) | 63 | 69 | 62 | 64 | 66 |
| Small Agencies (100-999 employees) | 68 | 70 | 65 | 70 | 72 |
| Medium Agencies (1,000-9,999 employees) | 64 | 67 | 57 | 60 | 65 |
| Large Agencies (10,000-74,999 employees) | 52 | 55 | 44 | 46 | 53 |
| Very Large Agencies (>=75,000 employees) | 39 | 41 | 29 | 32 | 35 |

# At a Glance (continued)

## Top Response Rates and Increases

The agencies with the highest 2023 response rates by agency size and the greatest increase in response rates from 2022 are featured below. Very small and medium agencies have the greatest increases in response rates. It should be noted, however, that increases of a few percentage points are a meaningful improvement in response rates for larger agencies.

## Top Agency and Percentage Point Increases



| **Very Small** (<100 employees) | **Small** (100–999 employees) | **Medium** (1,000–9,999 employees) | **Large** (10,000–74,999 employees) | **Very Large** (>=75,000 employees) |
|---|---|---|---|---|
| TOP AGENCY **98**% Inter-American Foundation | TOP AGENCY **93**% U.S. International Trade Commission | TOP AGENCY **83**% Federal Energy Regulatory Commission | TOP AGENCY **73**% Department of Energy | TOP AGENCY **72**% Department of Health and Human Services |
| TOP INCREASE **+21** Advisory Council on Historic Preservation | TOP INCREASE **+23** Selective Service System | TOP INCREASE **+12** Small Business Administration | TOP INCREASE **+17** Department of the Interior | TOP INCREASE **+8** Department of Justice / Department of Health and Human Services / Department of Homeland Security |

Note: Agency size is based on the eligible employee population as of November 2022. For a full listing of the agencies included in each category, see Appendix A.

# Employee Engagement Index

The FEVS Employee Engagement Index (EEI) uses survey questions to measure conditions that are conducive to employee engagement. Engagement overall relates to employee motivation. While the FEVS does not directly measure employee feelings of engagement, it does assess the critical conditions conducive for employee engagement (e.g., effective leadership, meaningful work, the opportunity for employees to learn/grow on the job). Assessments such as the EEI remain a critical tool for managers to identify areas for improvement and sustaining work conditions and environments that support employee engagement and performance. The framework used for developing the EEI assumes that organizational conditions lead to feelings of engagement. These feelings, in turn, lead to engagement behaviors (e.g., discretionary effort, persistence), and then to optimal employee motivation and organizational performance. The EEI comprises three subindices: Leaders Lead, Supervisors, and Intrinsic Work Experience. Each subindex is assessed through questions on the FEVS as listed below. See Appendix C for the wording of each item number shown in parentheses.

## Leaders Lead

Reflects the employees' perceptions of the integrity of leadership, as well as leadership behaviors such as communication and workforce motivation. (Q. 57, 58, 59, 61, and 62)

## Supervisors

Reflects the interpersonal relationship between worker and supervisor, including trust, respect, and support. (Q. 48, 50, 51, 52, and 54)

## Intrinsic Work Experience

Reflects the employees' feelings of motivation and competency relating to their roles in the workplace. (Q. 2, 3, 4, 6, and 7)

# Employee Engagement Index (continued)

## Employee Engagement Index Score Comparisons

| Index | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| **Overall Engagement** (An average of the responses for the 3 subindices below) | 68 | 72 | 71 | 71 | **72** |
| Leaders Lead | 57 | 62 | 60 | 59 | **61** |
| Supervisors | 76 | 80 | 80 | 80 | **80** |
| Intrinsic Work Experience | 72 | 76 | 73 | 73 | **74** |

## Employee Engagement Index Scores by Agency Size

| Index | G'wide | Very Small (<100) | Small (100–999) | Medium (1,000–9,999) | Large (10,000–74,999) | Very Large (>=75,000) |
|---|---|---|---|---|---|---|
| **Employee Engagement** | **72** | 77 | 75 | 76 | 73 | 71 |
| Leaders Lead | **61** | 69 | 64 | 67 | 62 | 61 |
| Supervisors | **80** | 82 | 85 | 85 | 82 | 80 |
| Intrinsic Work Experience | **74** | 79 | 78 | 77 | 75 | 74 |

Note: Agency size is based on the eligible employee population as of November 2022.

# Employee Engagement Index (continued)

## Top Agency Employee Engagement Index Score



**Very Small** (<100 employees)

TOP AGENCY
**98**%
Marine Mammal Commission

TOP INCREASE
**+29**
Chemical Safety and Hazard Investigation Board

**Small** (100–999 employees)

TOP AGENCY
**89**%
National Indian Gaming Commission

TOP INCREASE
**+7**
National Indian Gaming Commission

**Medium** (1,000–9,999 employees)

TOP AGENCY
**83**%
Federal Energy Regulatory Commission

TOP INCREASE
**+5**
Federal Trade Commission

**Large** (10,000–74,999 employees)

TOP AGENCY
**85**%
General Services Administration

TOP INCREASE
**+2**
General Services Administration

Department of the Interior

**Very Large** (>=75,000 employees)

TOP AGENCY
**78**%
Department of Health and Human Services

TOP INCREASE
**+3**
Department of Homeland Security

# Global Satisfaction Index

The Global Satisfaction Index measures employees' satisfaction on four aspects related to their work: the job, pay, organization, and whether they would recommend their organization as a good place to work.

Understanding employee satisfaction along these four dimensions gives agencies a sense of how employees are feeling and is important for agencies in the long run – satisfied employees are more likely to stay in their jobs, reducing turnover. The Global Satisfaction Index is an average of the scores of the four items below:

**Job Satisfaction**

Considering everything, how satisfied are you with your job? (Q. 70)

**Pay Satisfaction**

Considering everything, how satisfied are you with your pay? (Q. 71)

**Organizational Satisfaction**

Considering everything, how satisfied are you with your organization? (Q. 72)

**Recommend Organization**

I recommend my organization as a good place to work. (Q. 46)

# Global Satisfaction Index (continued)

## Global Satisfaction Index Score Comparisons

| Index | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| **Overall Satisfaction** (An average of the responses for the 4 items below) | 65 | 69 | 64 | 62 | 64 |
| Job Satisfaction | 69 | 72 | 67 | 66 | 68 |
| Pay Satisfaction | 63 | 67 | 61 | 56 | 57 |
| Organization Satisfaction | 61 | 66 | 61 | 60 | 62 |
| Recommend Organization | 67 | 71 | 67 | 65 | 67 |

## Global Satisfaction Index Scores by Agency Size

| Index | G'wide | Very Small (<100) | Small (100–999) | Medium (1,000–9,999) | Large (10,000–74,999) | Very Large (>=75,000) |
|---|---|---|---|---|---|---|
| **Global Satisfaction** | **64** | 71 | 69 | 70 | 65 | 63 |
| Job Satisfaction | **68** | 74 | 72 | 73 | 69 | 68 |
| Pay Satisfaction | **57** | 65 | 62 | 65 | 57 | 57 |
| Organization Satisfaction | **62** | 72 | 68 | 69 | 64 | 62 |
| Recommend Organization | **67** | 72 | 72 | 72 | 70 | 67 |

Note: Agency size is based on the eligible employee population as of November 2022.

# Global Satisfaction Index (continued)

## Top Agency Global Satisfaction Index Score



| Very Small (<100 employees) | Small (100–999 employees) | Medium (1,000–9,999 employees) | Large (10,000–74,999 employees) | Very Large (>=75,000 employees) |
|---|---|---|---|---|
| TOP AGENCY | TOP AGENCY | TOP AGENCY | TOP AGENCY | TOP AGENCY |
| **91**% | **91**% | **77**% | **81**% | **72**% |
| Marine Mammal Commission | National Indian Gaming Commission | Federal Energy Regulatory Commission | General Services Administration | Department of Health and Human Services |
| TOP INCREASE | TOP INCREASE | TOP INCREASE | TOP INCREASE | TOP INCREASE |
| **+28** | **+10** | **+7** | **+4** | **+6** |
| Chemical Safety and Hazard Investigation Board | Defense Nuclear Facilities Safety Board | National Credit Union Administration / National Labor Relations Board | Department of Labor | Department of Homeland Security |

# Performance Confidence Index

Performance Confidence is defined as "The extent to which employees believe their organization has an outstanding competitive future, based on innovative, high-quality products and services that are highly regarded by the marketplace."[3] The Performance Confidence Index on the FEVS is a combination of four items assessing employees' perception of their work unit's ability to achieve its goals and produce work at a high level and, ultimately, provides insights into agency performance. The Performance Confidence Index is an average of the responses to the four items below:

## Met Needs of Customers

Employees in my work unit meet the needs of our customers. (Q. 20)

## Contributed Positively to Agency Performance

Employees in my work unit contribute positively to my agency's performance. (Q. 21)

## Produced High Quality Work

Employees in my work unit produce high-quality work. (Q. 22)

## Adapted to Changing Priorities

Employees in my work unit adapt to changing priorities. (Q. 23)

---

[3] Wiley, J. W., & Lake, F. (2014). Inspire, Respect, Reward: Re-framing leadership assessment and development. Strategic HR Review, 13(6), 221–226.

# Performance Confidence Index (continued)

## Performance Confidence Index Score Comparisons

| Index | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| **Performance Confidence** (An average of the responses for the 4 items below) | 87 | 84 | 84 | 84 |
| Met Needs of Customers | 86 | 88 | 87 | 87 |
| Contributed Positively to Agency Performance | 88 | 86 | 85 | 85 |
| Produced High Quality Work | 87 | 84 | 82 | 83 |
| Adapted to Changing Priorities | 87 | 80 | 80 | 80 |

## Performance Confidence Index Scores by Agency Size

| Index | G'wide | Very Small (<100) | Small (100–999) | Medium (1,000–9,999) | Large (10,000–74,999) | Very Large (>=75,000) |
|---|---|---|---|---|---|---|
| **Performance Confidence** | 84 | 89 | 90 | 89 | 85 | 83 |
| Met Needs of Customers | 87 | 89 | 91 | 91 | 88 | 87 |
| Contributed Positively to Agency Performance | 85 | 90 | 92 | 91 | 88 | 85 |
| Produced High Quality Work | 83 | 88 | 90 | 89 | 85 | 82 |
| Adapted to Changing Priorities | 80 | 87 | 87 | 86 | 81 | 79 |

Note: Agency size is based on the eligible employee population as of November 2022.

# Performance Confidence Index (continued)

## Top Agency Performance Confidence Index Score



**Very Small** (<100 employees)

**Small** (100–999 employees)

**Medium** (1,000–9,999 employees)

**Large** (10,000–74,999 employees)

**Very Large** (>=75,000 employees)

TOP AGENCY
**100**%
Marine Mammal Commission

TOP AGENCY
**100**%
U.S. Office of Special Counsel

TOP AGENCY
**96**%
Federal Trade Commission

TOP AGENCY
**93**%
General Services Administration

TOP AGENCY
**89**%
Department of Health and Human Services

TOP INCREASE
**+13**
Chemical Safety and Hazard Investigation Board

TOP INCREASE
**+7**
International Boundary and Water Commission

TOP INCREASE
**+2**
Court Services and Offender Supervision Agency

TOP INCREASE
**+1**
Department of Labor

Department of Energy

Environmental Protection Agency

General Services Administration

Department of the Interior

Department of Transportation

TOP INCREASE
**+1**
United States Department of the Air Force

Department of Agriculture

United States Department of the Army

United States Department of the Navy

# Diversity, Equity, Inclusion, and Accessibility (DEIA) Index

To align with government priorities and current research, OPM developed the DEIA Index for the FEVS. This measure was specifically designed to align with Executive Order 14035 which features four distinct factors: diversity, equity, inclusion, and accessibility, included as subindices in the survey. See Appendix C for the wording of each item number shown in parentheses.

### Diversity

The practice of including the many communities, identities, races, ethnicities, backgrounds, abilities, cultures, and beliefs of the American people, including underserved communities. (Q. 73 and 74)

### Equity

The consistent and systematic fair, just, and impartial treatment of all individuals, including individuals who belong to underserved communities that have been denied such treatment. (Q. 75, 76, and 77)

### Inclusion

The recognition, appreciation, and use of the talents and skills of employees of all backgrounds. (Q. 78, 79, 80, 81, and 82)

### Accessibility

The design, construction, development, and maintenance of facilities, information and communication technology, programs, and services so that all people, including people with disabilities, can fully and independently use them. (Q. 83, 84, and 85)

# DEIA Index (continued)

## DEIA Index Score Comparisons

| Index | 2022 | 2023 |
|---|---|---|
| **DEIA** (An average of the responses for the 4 subindices below) | 69 | 71 |
| Diversity | 70 | 71 |
| Equity | 65 | 67 |
| Inclusion | 75 | 76 |
| Accessibility | 67 | 69 |

## DEIA Index Scores by Agency Size

| Index | G'wide | Very Small (<100) | Small (100–999) | Medium (1,000–9,999) | Large (10,000–74,999) | Very Large (>=75,000) |
|---|---|---|---|---|---|---|
| **DEIA** | **71** | 77 | 76 | 76 | 72 | 70 |
| Diversity | **71** | 75 | 76 | 77 | 73 | 71 |
| Equity | **67** | 71 | 72 | 71 | 68 | 66 |
| Inclusion | **76** | 82 | 82 | 80 | 77 | 76 |
| Accessibility | **69** | 78 | 75 | 74 | 71 | 69 |

Note: Agency size is based on the eligible employee population as of November 2021.

# DEIA Index (continued)

## Top Agency DEIA Index Score



| Very Small (<100 employees) | Small (100–999 employees) | Medium (1,000–9,999 employees) | Large (10,000–74,999 employees) | Very Large (>=75,000 employees) |
|---|---|---|---|---|
| **TOP AGENCY** **94**% Federal Permitting Improvement Steering Council | **TOP AGENCY** **86**% Pension Benefit Guaranty Corporation — U.S. Office of Special Counsel | **TOP AGENCY** **87**% Federal Trade Commission | **TOP AGENCY** **83**% General Services Administration | **TOP AGENCY** **76**% Department of Health and Human Services |
| **TOP INCREASE** **+9** U.S. Trade and Development Agency | **TOP INCREASE** **+8** International Boundary and Water Commission | **TOP INCREASE** **+5** National Labor Relations Board | **TOP INCREASE** **+2** Department of Labor — Department of Energy — Environmental Protection Agency — General Services Administration — Department of the Interior | **TOP INCREASE** **+3** United States Department of the Army — Department of Justice |

# Employee Experience Index

The Employee Experience Index (EXI) is an outcome measure of employee engagement initially included on the 2022 FEVS.[4] It measures the extent to which employees are engaged by their work and their organization. The existing engagement measure on the FEVS, the Employee Engagement Index (EEI), is a measure of the conditions for engagement, e.g., whether a workplace has the right environment to foster engaged employees. The new measure assesses whether employees actually experience the state of engagement and gives agencies another tool for assessing whether actions to improve engagement have had the intended effect.

The EXI consists of five items that measure work engagement (2 items), organizational engagement (2 items), and public service motivation (1 item). Work engagement measures the relationship between an employee and their specific job, while organizational engagement measures the relationship between an employee and their workplace.[5] Public service motivation was also found to be a key component of engagement for public sector employees. The index was developed in conjunction with the Organization for Economic Co-operation and Development (OECD) through its Civil Service Surveys Group. Results enable agencies to benchmark against other government scores, released every two years through the OECD Government at a Glance publication.

## Work Engagement

My job inspires me. (Q. 86)
The work I do gives me a sense of accomplishment. (Q. 87)

## Organizational Engagement

I feel a strong personal attachment to my organization. (Q. 88)
I identify with the mission of my organization. (Q. 89)

## Public Service Motivation

It is important to me that my work contribute to the common good. (Q. 90)

---

[4] Included on the survey under a section heading of Employee Experience in 2022 these were items 85-89. In 2023 the survey section had the same heading and these were items 86-90.

[5] Government at a Glance 2023 https://doi.org/10.1787/3d5c5d31-en.

# Employee Experience Index (continued)

## Employee Experience Index Scores by Agency Size

| Index | G'wide | Very Small (<100) | Small (100–999) | Medium (1,000–9,999) | Large (10,000–74,999) | Very Large (>=75,000) |
|---|---|---|---|---|---|---|
| Employee Experience Index | 73 | 80 | 78 | 78 | 75 | 73 |

## Top Agency Employee Experience Index Score



| Very Small (<100 employees) | Small (100–999 employees) | Medium (1,000–9,999 employees) | Large (10,000–74,999 employees) | Very Large (>=75,000 employees) |
|---|---|---|---|---|
| TOP AGENCY **94**% Marine Mammal Commission | TOP AGENCY **88**% U.S. Office of Special Counsel | TOP AGENCY **86**% Federal Trade Commission | TOP AGENCY **82**% Environmental Protection Agency | TOP AGENCY **81**% Department of Health and Human Services |

# Telework & Remote Work Item Results

As employees continue to adjust to new working arrangements, the FEVS team modified the telework question to better distinguish between remote work and telework in order to better capture employee experiences. OPM defines telework as "a work flexibility arrangement under which an employee performs the duties and responsibilities of such employee's position…from an approved worksite other than the location from which the employee would otherwise work"[6] codified at 5 U.S.C. 6501(3). Remote work is defined by OPM as "an arrangement in which an employee, under a written remote work agreement, is scheduled to perform their work at an alternative worksite and is not expected to perform work at an agency worksite on a regular and recurring basis."[7] The survey was fielded as agencies were beginning to update their work environment plans to substantially increase meaningful in-person work at Federal offices, consistent with M-23-15, "Measuring, Monitoring, and Improving Organizational Health and Organizational Performance in the Context of Evolving Agency Work Environments." As a result, responses may not reflect the current telework posture.

## Telework Status

| Item | 2022 | 2023 |
|------|------|------|
| Please select the response that BEST describes your current teleworking schedule. (Q. 91) | | |
| I telework every work day (i.e., remote work agreement) | NA | **14%** |
| I have an approved remote work agreement (I am not expected to perform work at an agency worksite) | 14% | **NA** |
| I telework 3 or 4 days per week | NA | **23%** |
| I telework 3 or more days per week | 25% | **NA** |
| I telework 1 or 2 days per week | 17% | **17%** |
| I telework, but only about 1 or 2 days per month | 3% | **4%** |
| I telework very infrequently, on an unscheduled or short-term basis | 10% | **10%** |
| I do not telework because I have to be physically present on the job (e.g., law enforcement officers, TSA agent, border patrol agent, security personnel) | 20% | **21%** |
| I do not telework because of technical issues (e.g., connectivity, inadequate equipment) that prevent me from teleworking | 1% | **1%** |
| I do not telework because I did not receive approval to do so, even though I have the kind of job where I can telework | 6% | **6%** |
| I do not telework because I choose not to telework | 4% | **4%** |

Note: In 2023, the response options for Q91 (Telework) were slightly different than in 2022. To facilitate trending, all possible response options are shown and an "NA" is shown when the response option is not relevant for that given year.

---

[6] https://www.govinfo.gov/content/pkg/USCODE-2019-title5/html/USCODE-2019-title5-partIII-subpartE-chap65-sec6501.htm

[7] See the "2021 Guide to Telework and Remote Work in the Federal Government" retrievable on https://www.opm.gov/telework/documents-for-telework/2021-guide-to-telework-and-remote-work.pdf

# Organization Health and Performance

The Office of Management and Budget's 2023 Memorandum, "Measuring, Monitoring, and Improving Organizational Health and Organizational Performance in the Context of Evolving Agency Work Environments" (M-23-15) highlighted several FEVS effectiveness indicators, encouraging agencies to consider their use in measuring, monitoring, and taking action to support and sustain organizational health and performance. The Employee Engagement and Performance Confidence indices were named as were items newly included in the 2022 FEVS as measures of resilience, innovation, and responsiveness to customer needs. Resilience and innovation are central to achieving agile workplaces capable of pivoting and adapting to new information, requirements, or strategically relevant conditions, while customer responsiveness is foundational to performance.

## Resilience
Assesses the capacity of individuals, work units, and entire organizations to respond effectively to challenges confronting them, as well as to adapt and take advantage of opportunities. The importance of resilience became evident during the COVID-19 pandemic and is cornerstone to the success of agencies now and in the future.

## Innovation
Assesses the extent to which the development and implementation of new ideas and approaches are supported by organizational leadership and through daily practices.

## Responsiveness to customer needs
Measures the extent to which the work unit prioritizes understanding and responding to customer needs. A focus on customer needs is a key priority across sectors including government.

## Resilience, Innovation, and Responsiveness to Customer Needs Results

| RESILIENCE | INNOVATION | CUSTOMER RESPONSIVENESS |
|---|---|---|
| 69% My work unit successfully manages disruptions to our work. (Q. 28) | 67% Employees in my work unit incorporate new ideas into their work. (Q. 30) | 77% Employees in my work unit consider customer needs a top priority. (Q. 32) |
| 66% My organization effectively adapts to changing government priorities. (Q. 42) | 66% Employees in my work unit consistently look for new ways to improve how they do their work. (Q. 29) | 66% Employees in my work unit consistently look for ways to improve customer service. (Q. 33) |
| 57% Employees in my work unit approach change as an opportunity. (Q. 31) | 58% Management encourages innovation. (Q. 64) | |
| 54% Management makes effective changes to address challenges facing our organization. (Q. 65) | 56% My work unit commits resources to develop new ideas (e.g., budget, staff, time, expert support). (Q. 27) | |

# Conclusions and Next Steps

The 2023 FEVS results reflect the success of governmentwide efforts to prioritize building a strong and effective workforce. Overall scores have increased, showing the workforce remains increasingly resilience and engaged and evidence that agencies' consistent use of survey results to drive improvements is paying off.

The Employee Engagement Index score (EEI) has increased to 72 percent positive governmentwide, tying the five-year high set in 2020 and indicating strong motivation potential among federal agencies. Two subindices improved – "Leaders Lead" (61 percent) and "Intrinsic Work Experience" (74 percent). The "Supervisors" subindex continued to be steady and high at 80 percent positive.

The Global Satisfaction Index (GSI) score indicates employees' satisfaction with their agency overall. Improvements from 2022 were realized across all four items: job satisfaction (68 percent), satisfaction with the organization (62 percent), satisfaction with pay (57 percent) and willingness to recommend their agencies to others (67 percent).

Performance Confidence Index (PCI) scores also describe employees' agreement with their work unit's ability to meet customer needs, achieve goals, and generally perform. Scores on the PCI overall (84 percent) remained steady and continue to show a consistent and strong trend.

Governmentwide scores on the Diversity, Equity, Inclusion and Accessibility (DEIA) Index and subindices uniformly increased as well. DEIA was first introduced to the FEVS in 2022 to align with the Executive Order on Diversity, Equity, Inclusion and Accessibility. Responding to targeted strategic efforts among agencies, the governmentwide index score increased three percentage points to 71 percent. The highest score in 2023 was shown for the inclusion subindex (76 percent).

In terms of next steps, the overall strong results described in this report provide evidence of opportunities for agencies to build on the momentum established in 2023, continuing actions that drove improvements, as well as seeking new ways to sustain the positive direction established in 2023. OPM will continue to develop tools to maximize utility and access to results among decision-makers and stakeholders in support of workforce performance and effectiveness goals across government. Public and agency dashboards were made available in 2023, and both are dynamic resources for viewing and visualizing FEVS results. Look for advancements to survey dashboard tools planned for 2024.

# Appendix A: Participating Agency Response Rates By Size

| Agency | Number Surveyed | Number Responded | Response Rate |
|---|---|---|---|
| **Governmentwide** | **1,609,839** | **625,568** | **38.9%** |
| **Very Large Agencies** (>=75,000 employees) | | | |
| Department of Agriculture | 87,377 | 48,358 | 55.3% |
| Department of Defense, Overall | 681,637 | 161,792 | 23.7% |
|    United States Department of the Air Force | 162,117 | 29,434 | 18.2% |
|    United States Department of the Army | 191,636 | 52,833 | 27.6% |
|    United States Department of the Navy | 193,717 | 39,201 | 20.2% |
|    OSD, Joint Staff, Defense Agencies, and Field Activities (DOD 4th Estate) | 134,167 | 40,324 | 30.1% |
| Department of Health and Human Services | 81,448 | 59,020 | 72.5% |
| Department of Homeland Security | 209,823 | 91,700 | 43.7% |
| Department of Justice | 109,605 | 34,081 | 31.1% |
| Department of the Treasury | 97,128 | 42,362 | 43.6% |
| **Large Agencies** (10,000–74,999 employees) | | | |
| Department of Commerce | 44,460 | 25,906 | 58.3% |
| Department of Energy | 12,941 | 9,481 | 73.3% |
| Department of Labor | 14,287 | 9,214 | 64.5% |
| Department of State | 26,997 | 9,360 | 34.7% |
| Department of the Interior | 56,491 | 35,949 | 63.6% |
| Department of Transportation | 53,363 | 20,624 | 38.6% |
| Environmental Protection Agency | 14,243 | 9,226 | 64.8% |
| General Services Administration | 11,823 | 8,092 | 68.4% |
| Social Security Administration | 55,866 | 25,757 | 46.1% |

For an Excel version of Appendix A: Participating Agency Response Rates by Size click this link 

# Appendix A: Participating Agency Response Rates By Size (continued)

| Agency | Number Surveyed | Number Responded | Response Rate |
|---|---|---|---|
| **Governmentwide** | **1,609,839** | **625,568** | **38.9%** |
| **Medium Agencies** (1,000–9,999 employees) | | | |
| Court Services and Offender Supervision Agency | 1,015 | 428 | 42.2% |
| Department of Education | 3,926 | 2,773 | 70.6% |
| Department of Housing and Urban Development | 7,715 | 5,641 | 73.1% |
| Equal Employment Opportunity Commission | 2,152 | 1,379 | 64.1% |
| Federal Communications Commission | 1,360 | 519 | 38.2% |
| Federal Energy Regulatory Commission | 1,432 | 1,195 | 83.4% |
| Federal Trade Commission | 1,082 | 829 | 76.6% |
| National Archives and Records Administration | 2,508 | 1,502 | 59.9% |
| National Credit Union Administration | 1,103 | 908 | 82.3% |
| National Labor Relations Board | 1,185 | 536 | 45.2% |
| National Science Foundation | 1,402 | 1,070 | 76.3% |
| Nuclear Regulatory Commission | 2,652 | 1,908 | 71.9% |
| Office of Personnel Management | 2,587 | 1,595 | 61.7% |
| Small Business Administration | 5,398 | 3,563 | 66.0% |
| U.S. Agency for Global Media | 1,253 | 727 | 58.0% |
| U.S. Agency for International Development | 4,250 | 1,983 | 46.7% |
| **Small Agencies** (100–999 employees) | | | |
| Commodity Futures Trading Commission | 652 | 379 | 58.1% |
| Consumer Product Safety Commission | 517 | 395 | 76.4% |
| Corporation for National and Community Service | 636 | 516 | 81.1% |
| Defense Nuclear Facilities Safety Board | 107 | 74 | 69.2% |
| Export-Import Bank of the United States | 343 | 248 | 72.3% |
| Farm Credit Administration | 300 | 239 | 79.7% |
| Federal Election Commission | 266 | 182 | 68.4% |
| Federal Housing Finance Agency | 695 | 574 | 82.6% |

# Appendix A: Participating Agency Response Rates By Size (continued)

| Agency | Number Surveyed | Number Responded | Response Rate |
|---|---|---|---|
| **Governmentwide** | **1,609,839** | **625,568** | **38.9%** |
| **Small Agencies** (100 – 999 employees) | | | |
| Federal Labor Relations Authority | 99 | 54 | 54.5% |
| Federal Maritime Commission | 118 | 79 | 66.9% |
| Federal Mediation and Conciliation Service | 193 | 145 | 75.1% |
| Federal Retirement Thrift Investment Board | 238 | 177 | 74.4% |
| International Boundary and Water Commission | 229 | 111 | 48.5% |
| Merit Systems Protection Board | 177 | 147 | 83.1% |
| National Endowment for the Arts | 126 | 69 | 54.8% |
| National Endowment for the Humanities | 126 | 90 | 71.4% |
| National Gallery of Art | 780 | 464 | 59.5% |
| National Indian Gaming Commission | 109 | 75 | 68.8% |
| National Transportation Safety Board | 378 | 318 | 84.1% |
| Office of Management and Budget | 592 | 461 | 77.9% |
| Office of the U.S. Trade Representative | 221 | 174 | 78.7% |
| Peace Corps | 851 | 603 | 70.9% |
| Pension Benefit Guaranty Corporation | 914 | 702 | 76.8% |
| Railroad Retirement Board | 756 | 410 | 54.2% |
| Selective Service System | 117 | 95 | 81.2% |
| Surface Transportation Board | 115 | 86 | 74.8% |
| U.S. International Development Finance Corporation | 402 | 289 | 71.9% |
| U.S. International Trade Commission | 361 | 335 | 92.8% |
| U.S. Office of Special Counsel | 117 | 71 | 60.7% |

# Appendix A: Participating Agency Response Rates By Size (continued)

| Agency | Number Surveyed | Number Responded | Response Rate |
|---|---|---|---|
| **Governmentwide** | **1,609,839** | **625,568** | **38.9%** |
| **Very Small Agencies** (<100 employees) | | | |
| AbilityOne Commission | 38 | 19 | 50.0% |
| Advisory Council on Historic Preservation | 40 | 29 | 72.5% |
| African Development Foundation | 21 | 17 | 81.0% |
| American Battle Monuments Commission | 76 | 34 | 44.7% |
| Commission on Civil Rights | 33 | 19 | 57.6% |
| Farm Credit System Insurance Corporation | <10 | <10 | — |
| Federal Permitting Improvement Steering Council | 14 | 10 | 71.4% |
| Institute of Museum and Library Services | 64 | 49 | 76.6% |
| Inter-American Foundation | 46 | 45 | 97.8% |
| John F. Kennedy Center for the Performing Arts | 55 | 22 | 40.0% |
| Marine Mammal Commission | 13 | 12 | 92.3% |
| National Capital Planning Commission | 31 | 23 | 74.2% |
| National Council on Disability | 10 | <10 | — |
| National Mediation Board | 27 | 13 | 48.1% |
| Occupational Safety and Health Review Commission | 43 | 18 | 41.9% |
| Office of Navajo and Hopi Indian Relocation | 17 | <10 | — |
| Postal Regulatory Commission | 62 | 54 | 87.1% |
| Privacy and Civil Liberties Oversight Board | 20 | 11 | 55.0% |
| U.S. Access Board | 21 | 10 | 47.6% |
| U.S. Chemical Safety and Hazard Investigation Board | 27 | 23 | 85.2% |
| U.S. Office of Government Ethics | 68 | 52 | 76.5% |
| U.S. Trade and Development Agency | 60 | 50 | 83.3% |

Note: Agencies with fewer than 10 responses are indicated with "—".

# Appendix B: Analytical Methods and Additional OPM FEVS Reports

## Analytical Methods

The data collected from 2023 survey respondents are weighted to ensure survey estimates accurately represent the survey population. Use of unweighted data could produce biased estimates of population statistics. The final data set reflects the agency composition and demographic makeup of the Federal workforce within plus or minus 1 percentage point. Demographic results are not weighted. OPM employed a number of grouping procedures to simplify presentation of data analysis results in this report. Most of the items had six response categories: Strongly Agree, Agree, Neither Agree nor Disagree, Disagree, Strongly Disagree, and No Basis to Judge/Do Not Know. In some instances, these responses are collapsed into one positive category (Strongly Agree and Agree), one negative category (Strongly Disagree and Disagree), and a neutral category (Neither Agree nor Disagree). For more information on FEVS methods, including data weighting and analysis, see the FEVS Technical Report at **www.opm.gov/fevs/reports/technical-reports**.

## Other OPM FEVS Reports and Governmentwide Data Reports

In addition to the Governmentwide Management Report, there are three additional governmentwide data reports available on the FEVS website under "Reports" (access the FEVS website at **www.opm.gov/fevs/reports/data-reports/**).

### Report by Agency

Displays question-by-question counts and percentages for each response option of the FEVS by participating agency and also governmentwide.

### Report by Demographics

Displays question-by-question counts and percentages for each response option of the FEVS by demographic groups and also governmentwide.

### Report on Demographic Questions by Agency (unweighted)

Displays counts and percentages by participating agencies' demographic and workforce profile (e.g., work location, supervisory status, sex, age, pay category, intention to retire) of the FEVS. Both respondent counts and percentage estimates are unweighted.

# Appendix C: Survey Item Results

## My Work Experience

| Item | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|
| ‡1. I am given a real opportunity to improve my skills in my organization. | 67 | 70 | 68 | 68 | 70 |
| 2. I feel encouraged to come up with new and better ways of doing things. | 62 | 67 | 64 | 64 | 65 |
| 3. My work gives me a feeling of personal accomplishment. | 72 | 75 | 71 | 71 | 73 |
| 4. I know what is expected of me on the job. | 81 | 83 | 81 | 81 | 82 |
| ‡5. My workload is reasonable. | 59 | 67 | 62 | 61 | 62 |
| ‡6. My talents are used well in the workplace. | 61 | 66 | 64 | 63 | 64 |
| ‡7. I know how my work relates to the agency's goals. | 85 | 87 | 85 | 84 | 85 |
| ‡8. I can disclose a suspected violation of any law, rule or regulation without fear of reprisal. | 67 | 68 | 68 | 70 | 70 |
| 9. I have enough information to do my job well. | — | — | — | 74 | 73 |
| 10. I receive the training I need to do my job well. | — | — | — | 65 | 66 |
| 11. I am held accountable for the quality of work I produce. | — | — | — | 87 | 86 |
| 12. I have a clear idea of how well I am doing my job. | — | — | — | 74 | 76 |
| 13. I have the autonomy to decide how I do my job. | — | — | — | — | 72 |
| 14. I can make decisions about my work without getting permission first. | — | — | — | — | 64 |

Notes: Items included on the Annual Employee Survey are noted by a double dagger (‡). Numbers are percent positives. "—" indicates that there are no trending results available for the year.

For an Excel version of Appendix C: Survey Item Results click this link

# Appendix C: Survey Item Results (continued)

## My Work Unit

| Item | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|
| ‡15. The people I work with cooperate to get the job done. | 77 | 84 | 83 | 80 | 82 |
| 16. See Performance section | 38 | 39 | 51 | 50 | 42 |
| ‡17. In my work unit, differences in performance are recognized in a meaningful way. | 39 | 51 | 50 | 42 | 45 |
| 18. Employees in my work unit share job knowledge. | — | — | — | 80 | 81 |
| ‡19. My work unit has the job-relevant knowledge and skills necessary to accomplish organizational goals. | 81 | 82 | 80 | 79 | 80 |
| 20. Employees in my work unit meet the needs of our customers. | — | 86 | 88 | 87 | 87 |
| 21. Employees in my work unit contribute positively to my agency's performance. | — | 88 | 86 | 85 | 85 |
| 22. Employees in my work unit produce high-quality work. | — | 87 | 84 | 82 | 83 |
| 23. Employees in my work unit adapt to changing priorities. | — | 87 | 80 | 80 | 80 |
| 24. New hires in my work unit (i.e., hired in the past year) have the right skills to do their jobs. | — | — | — | 58 | 60 |
| 25. I can influence decisions in my work unit. | — | — | — | 63 | 69 |
| 26. I know what my work unit's goals are. | — | — | — | 82 | 84 |
| 27. My work unit commits resources to develop new ideas (e.g., budget, staff, time, expert support). | — | — | — | 51 | 56 |
| 28. My work unit successfully manages disruptions to our work. | — | — | — | 66 | 69 |
| 29. Employees in my work unit consistently look for new ways to improve how they do their work. | — | — | — | 64 | 66 |
| 30. Employees in my work unit incorporate new ideas into their work. | — | — | — | 65 | 67 |
| 31. Employees in my work unit approach change as an opportunity. | — | — | — | 54 | 57 |
| 32. Employees in my work unit consider customer needs a top priority | — | — | — | 76 | 77 |
| 33. Employees in my work unit consistently look for ways to improve customer service. | — | — | — | 63 | 66 |
| 34. Employees in my work unit support my need to balance my work and personal responsibilities. | — | — | — | 70 | 73 |

Notes: Items included on the Annual Employee Survey are noted by a double dagger (‡). Numbers are percent positives. "—" indicates that there are no trending results available for the year.

# Appendix C: Survey Item Results (continued)

## Performance

| Item | 2022 | 2023 |
|---|---|---|
| 16. In my work unit, poor performers usually (select all that apply): | | |
| Remain in the work unit and improve their performance over time | 16 | 18 |
| Remain in the work unit and continue to underperform | 42 | 41 |
| Leave the work unit — removed or transferred | 10 | 10 |
| Leave the work unit — quit | 6 | 6 |
| There are no poor performers in my work unit | 19 | 19 |
| Do Not Know | 21 | 20 |

Note: The sum of the percentages may sum to over 100 because respondents could select more than one response.

## My Organization

| Item | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| 35. Employees are recognized for providing high quality products and services. | 54 | 64 | 63 | 59 | 61 |
| 36. Employees are protected from health and safety hazards on the job. | 77 | 77 | 76 | 75 | 78 |
| 37. My organization is successful at accomplishing its mission. | 77 | 81 | 80 | 78 | 79 |
| 38. I have a good understanding of my organization's priorities. | — | — | — | 77 | 78 |
| 39. My organization shares results (for example, town halls, email, distribution of reports) from the Federal Employee Viewpoint Survey (FEVS). | — | — | — | — | 70 |
| 40. Information is openly shared in my organization. | — | — | — | — | 56 |
| 41. The approval process in my organization allows timely delivery of my work. | — | — | — | — | 55 |
| 42. My organization effectively adapts to changing government priorities. | — | — | — | 67 | 66 |
| 43. My organization has prepared me for potential physical security threats. | — | — | — | 73 | 76 |

Notes: Items included on the Annual Employee Survey are noted by a double dagger (‡). Numbers are percent positives. "—" indicates that there are no trending results available for the year.

# Appendix C: Survey Item Results (continued)

## My Organization (continued)

| Item | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|
| 44. My organization has prepared me for potential cybersecurity threats. | — | — | — | 83 | 83 |
| 45. In my organization, arbitrary action, personal favoritism and/or political coercion are not tolerated. | — | — | — | 52 | 54 |
| ‡46. I recommend my organization as a good place to work. | 67 | 71 | 67 | 65 | 67 |
| ‡47. I believe the results of this survey will be used to make my agency a better place to work. | 41 | 43 | 40 | 43 | 48 |

Notes: Items included on the Annual Employee Survey are noted by a double dagger (‡). Numbers are percent positives. "—" indicates that there are no trending results available for the year.

## My Supervisor

| Item | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|
| 48. Supervisors in my work unit support employee development. | 71 | 78 | 77 | 77 | 78 |
| 49. My supervisor supports my need to balance work and other life issues. | 82 | 85 | 84 | 83 | 84 |
| 50. My supervisor listens to what I have to say. | 80 | 83 | 82 | 82 | 82 |
| 51. My supervisor treats me with respect. | 84 | 87 | 86 | 86 | 86 |
| 52. I have trust and confidence in my supervisor. | 72 | 76 | 76 | 76 | 77 |
| 53. My supervisor holds me accountable for achieving results. | — | — | — | 87 | 87 |
| 54. Overall, how good a job do you feel is being done by your immediate supervisor? | 74 | 78 | 78 | 78 | 78 |
| 55. My supervisor provides me with constructive suggestions to improve my job performance. | — | — | — | 70 | 72 |
| 56. My supervisor provides me with performance feedback throughout the year. | — | — | — | 75 | 76 |

Notes: Numbers are percent positives. "—" indicates that there are no trending results available for the year.

# Appendix C: Survey Item Results (continued)

## Leadership

| Item | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|
| 57. In my organization, senior leaders generate high levels of motivation and commitment in the workforce. | 45 | 51 | 49 | 48 | 50 |
| 58. My organization's senior leaders maintain high standards of honesty and integrity. | 56 | 61 | 60 | 60 | 62 |
| ‡59. Managers communicate the goals of the organization. | 65 | 68 | 66 | 64 | 66 |
| 60. Managers promote communication among different work units (for example, about projects, goals, needed resources). | 58 | 60 | 59 | 58 | 60 |
| 61. Overall, how good a job do you feel is being done by the manager directly above your immediate supervisor? | 63 | 67 | 66 | 63 | 66 |
| 62. I have a high level of respect for my organization's senior leaders. | 57 | 62 | 60 | 61 | 63 |
| 63. Senior leaders demonstrate support for Work-Life programs. | 59 | 64 | 60 | 60 | 61 |
| 64. Management encourages innovation. | — | — | — | 56 | 58 |
| 65. Management makes effective changes to address challenges facing our organization. | — | — | — | 52 | 54 |
| 66. Management involves employees in decisions that affect their work. | — | — | — | 43 | 46 |

Notes: Items included on the Annual Employee Survey are noted by a double dagger (‡). Numbers are percent positives. "—" indicates that there are no trending results available for the year.

## My Satisfaction

| Item | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|
| ‡67. How satisfied are you with your involvement in decisions that affect your work? | 55 | 58 | 56 | 50 | 53 |
| ‡68. How satisfied are you with the information you receive from management on what's going on in your organization? | 52 | 58 | 55 | 53 | 55 |
| ‡69. How satisfied are you with the recognition you receive for doing a good job? | 53 | 59 | 57 | 54 | 56 |
| ‡70. Considering everything, how satisfied are you with your job? | 69 | 72 | 67 | 66 | 68 |
| 71. Considering everything, how satisfied are you with your pay? | 63 | 67 | 61 | 56 | 57 |
| ‡72. Considering everything, how satisfied are you with your organization? | 61 | 66 | 61 | 60 | 62 |

Notes: Items included on the Annual Employee Survey are noted by a double dagger (‡). Numbers are percent positives.

# Appendix C: Survey Item Results (continued)

## Diversity, Equity, Inclusion, and Accessibility

| Item | 2022 | 2023 |
|---|---|---|
| 73. My organization's management practices promote diversity (e.g., outreach, recruitment, promotion opportunities). | 68 | 69 |
| 74. My supervisor demonstrates a commitment to workforce diversity (e.g., recruitment, promotion opportunities, development). | 73 | 73 |
| 75. I have similar access to advancement opportunities (e.g., promotion, career development, training) as others in my work unit. | 65 | 67 |
| 76. My supervisor provides opportunities fairly to all employees in my work unit (e.g., promotions, work assignments). | 70 | 71 |
| 77. In my work unit, excellent work is similarly recognized for all employees (e.g., awards, acknowledgments). | 61 | 62 |
| 78. Employees in my work unit make me feel I belong. | 78 | 78 |
| 79. Employees in my work unit care about me as a person. | 76 | 77 |
| 80. I am comfortable expressing opinions that are different from other employees in my work unit. | 74 | 75 |
| 81. In my work unit, people's differences are respected. | 74 | 76 |
| 82. I can be successful in my organization being myself. | 73 | 75 |
| 83. I can easily make a request of my organization to meet my accessibility needs. | 70 | 72 |
| 84. My organization responds to my accessibility needs in a timely manner. | 64 | 66 |
| 85. My organization meets my accessibility needs. | 67 | 70 |

Note: Numbers are percent positives.

# Appendix C: Survey Item Results (continued)

## Employee Experience

| Item | 2022 | 2023 |
|------|------|------|
| 86. My job inspires me. | 59 | 62 |
| 87. The work I do gives me a sense of accomplishment. | 73 | 75 |
| 88. I feel a strong personal attachment to my organization. | 59 | 61 |
| 89. I identify with the mission of my organization. | 77 | 78 |
| 90. It is important to me that my work contribute to the common good. | 91 | 92 |

Note: Numbers are percent positives.

## Workplace Flexibilities

| Item | 2022 | 2023 |
|------|------|------|
| 91. Please select the response that BEST describes your current teleworking schedule. | | |
| I telework every work day (i.e., remote work agreement) | NA | 14 |
| I have an approved remote work agreement (I am not expected to perform work at an agency worksite) | 14 | NA |
| I telework 3 or 4 days per week | NA | 23 |
| I telework 3 or more days per week | 25 | NA |
| I telework 1 or 2 days per week | 17 | 17 |
| I telework, but only about 1 or 2 days per month | 3 | 4 |
| I telework very infrequently, on an unscheduled or short-term basis | 10 | 10 |
| I do not telework because I have to be physically present on the job (e.g., law enforcement officers, TSA agent, border patrol agent, security personnel) | 20 | 21 |
| I do not telework because of technical issues (e.g., connectivity, inadequate equipment) that prevent me from teleworking | 1 | 1 |
| I do not telework because I did not receive approval to do so, even though I have the kind of job where I can telework | 6 | 6 |
| I do not telework because I choose not to telework | 4 | 4 |

Note: The sum of percentages may not add to 100 due to rounding. In 2023, the response options for Q91 (Telework) were slightly different than in previous years. To facilitate trending, all possible response options are shown and an "NA" is shown when the response option is not relevant for that given year.

# Appendix C: Survey Item Results (continued)

## Workplace Flexibilities (continued)

| Item | 2022 | 2023 |
|------|------|------|
| *Only those who responded "I  telework every work day," to Question 91 received Question 91a.* | | |
| 91a.  What is your current remote work status? | | |
| I do not have an approved remote work agreement | NA | 6 |
| I have an approved remote work agreement and live outside the local commuting area (more than 50 miles away) | 25 | 27 |
| I have an approved remote work agreement and live inside the local commuting area (less than 50 miles away) | 75 | 62 |
| I do not know | NA | 4 |

Note: In 2023, the response options for Q91a (Remote Work) were slightly different than in previous years. To facilitate trending, all possible response options are shown and an "NA" is shown when the response option is not relevant for that given year.

# Appendix D: Respondent Characteristics

## Employment Demographics

| Item | Number Responded | 2023 Percentages |
|------|-----------------:|-----------------:|
| Where do you work? | | |
| Headquarters | 175,318 | 30% |
| Field | 289,939 | 50% |
| Full-time telework (e.g., home office, telecenter) | 114,854 | 20% |
| What is your supervisory status? | | |
| Senior Leader | 9,705 | 2% |
| Manager | 39,376 | 7% |
| Supervisor | 79,481 | 14% |
| Team Leader | 72,470 | 12% |
| Non-Supervisor | 384,962 | 66% |
| What is your pay category/grade? | | |
| Federal Wage System | 18,195 | 3% |
| GS 1-6 | 29,088 | 5% |
| GS 7-12 | 236,484 | 40% |
| GS 13-15 | 243,835 | 42% |
| Senior Executive Service | 5,308 | 1% |
| Senior Level (SL) or Scientific or Professional (ST) | 2,065 | <1% |
| Other | 50,526 | 9% |
| What is your US military service status? | | |
| No Prior Military Service | 432,341 | 74% |
| Currently in National Guard or Reserves | 7,911 | 1% |
| Retired | 64,891 | 11% |
| Separated or Discharged | 79,558 | 14% |

Notes: Demographic results are unweighted. The sum of percentages may not add to 100 due to rounding.

For an Excel version of Appendix D: Respondent Characteristics click this link 

# Appendix D: Respondent Characteristics (continued)

| Item | Number Responded | 2023 Percentages |
|---|---|---|
| **Are you:** | | |
| The spouse of a current active duty service member of the U.S. Armed Forces | 6,779 | 1% |
| The spouse of a service member who retired or separated from active duty in the U.S. Armed Forces with a disability rating of 100 percent | 12,690 | 2% |
| The widow(er) of a service member killed while on active duty in the U.S. Armed Forces | 346 | <1% |
| None of the categories listed | 565,168 | 97% |
| *If the response to the previous question on if you are a military spouse was "None of the categories listed," this item was skipped.* | | |
| **Have you been hired under the Military Spouse Non-Competitive Hiring Authority?** | | |
| Yes | 2,550 | 13% |
| No | 17,124 | 87% |
| **How long have you been with the Federal Government (excluding military service)?** | | |
| Less than 1 year | 17,289 | 3% |
| 1 to 3 years | 76,379 | 13% |
| 4 to 5 years | 51,491 | 9% |
| 6 to 10 years | 94,953 | 16% |
| 11 to 14 years | 94,974 | 16% |
| 15 to 20 years | 103,144 | 18% |
| More than 20 years | 146,463 | 25% |
| **How long have you been with your current agency (for example, Department of Justice, Environmental Protection Agency)?** | | |
| Less than 1 year | 30,000 | 5% |
| 1 to 3 years | 111,986 | 19% |
| 4 to 5 years | 63,423 | 11% |
| 6 to 10 years | 101,696 | 17% |
| 11 to 14 years | 84,449 | 14% |
| 15 to 20 years | 86,489 | 15% |
| More than 20 years | 107,343 | 18% |

Notes: Demographic results are unweighted. The sum of percentages may not add to 100 due to rounding.

# Appendix D: Respondent Characteristics (continued)

| Item | Number Responded | 2023 Percentages |
|---|---|---|
| Are you considering leaving your organization within the next year, and if so, why? | | |
| No | 387,075 | 66% |
| Yes, to retire | 36,310 | 6% |
| Yes, to take another job within the Federal Government | 106,206 | 18% |
| Yes, to take another job outside the Federal Government | 23,615 | 4% |
| Yes, other | 31,717 | 5% |

*If the response to the previous question on your intent to leave was "No," this item was skipped.*

| Item | Number Responded | 2023 Percentages |
|---|---|---|
| Has your work unit's telework or remote work options influenced your intent to leave? | | |
| Yes | 71,492 | 36% |
| No | 124,664 | 64% |
| I am planning to retire: | | |
| Less than 1 year | 16,089 | 3% |
| 1 year | 14,942 | 3% |
| 2 years | 30,257 | 5% |
| 3 years | 31,157 | 5% |
| 4 years | 19,118 | 3% |
| 5 years | 44,476 | 8% |
| More than 5 years | 423,904 | 73% |

Notes: Demographic results are unweighted. The sum of percentages may not add to 100 due to rounding.

# Appendix D: Respondent Characteristics (continued)

## Personal Demographics

| Item | Number Responded | 2023 Percentages |
|---|---|---|
| Are you of Hispanic, Latino, or Spanish origin? | | |
| Yes | 65,521 | 12% |
| No | 502,333 | 88% |
| Are you: | | |
| American Indian or Alaska Native | 14,484 | 3% |
| Asian | 34,945 | 6% |
| Black or African American | 84,853 | 15% |
| Native Hawaiian or Other Pacific Islander | 3,791 | 1% |
| White | 383,505 | 70% |
| Two or more races | 26,702 | 5% |
| Minority Status | | |
| Minority | 215,767 | 39% |
| Non Minority | 339,468 | 61% |
| What is your age group? | | |
| 25 years and under | 9,728 | 2% |
| 26-29 years old | 21,823 | 4% |
| 30-39 years old | 110,261 | 19% |
| 40-49 years old | 160,589 | 28% |
| 50-59 years old | 172,803 | 30% |
| 60 years or older | 92,783 | 16% |
| Generation | | |
| Traditionalists (born 1945 or earlier) | 1,506 | <1% |
| Baby Boomers (born 1946 to 1964) | 134,820 | 22% |
| Generation X (born 1965 to 1980) | 291,937 | 47% |
| Generation Y (born 1981 to 1996) | 183,790 | 29% |
| Generation Z (born 1997 or later) | 12,623 | 2% |

Notes: Demographic results are unweighted. The sum of percentages may not add to 100 due to rounding.

# Appendix D: Respondent Characteristics (continued)

| Item | Number Responded | 2023 Percentages |
|---|---|---|
| **What is the highest degree or level of education you have completed?** | | |
| Less than High School | 422 | <1% |
| High School Diploma/GED or equivalent | 24,441 | 4% |
| Trade or Technical Certificate | 12,380 | 2% |
| Some College (no degree) | 69,610 | 12% |
| Associate's Degree (e.g., AA, AS) | 42,016 | 7% |
| Bachelor's Degree (e.g., BA, BS) | 199,469 | 35% |
| Master's Degree (e.g., MA, MS, MBA) | 162,208 | 28% |
| Doctoral/Professional Degree (e.g., Ph.D., MD, JD) | 64,501 | 11% |
| **Are you an individual with a disability?** | | |
| Yes | 96,280 | 17% |
| No | 474,782 | 83% |
| **Are you:** | | |
| Male | 293,374 | 52% |
| Female | 271,169 | 48% |
| **Are you transgender?** | | |
| Yes | 2,421 | <1% |
| No | 557,196 | 100% |
| **Which one of the following best represents how you think of yourself?** | | |
| Lesbian or gay | 14,698 | 3% |
| Straight, that is not lesbian or gay | 505,535 | 92% |
| Bisexual | 11,151 | 2% |
| I use a different term | 15,920 | 3% |

Notes: Demographic results are unweighted. The sum of percentages may not add to 100 due to rounding.

# Appendix E: OPM FEVS Indices

## Employee Engagement Index – Governmentwide

| Index | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| **Overall Engagement** (An average of the responses for the 3 subindices below) | 68 | 72 | 71 | 71 | 72 |
| Leaders Lead | 57 | 62 | 60 | 59 | 61 |
| Supervisors | 76 | 80 | 80 | 80 | 80 |
| Intrinsic Work Experience | 72 | 76 | 73 | 73 | 74 |

For an Excel version of Employee Engagement click this link 

## Global Satisfaction Index – Governmentwide

| Index | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| **Overall Satisfaction** (An average of the responses for the 4 items below) | 65 | 69 | 64 | 62 | 64 |
| Job Satisfaction | 69 | 72 | 67 | 66 | 68 |
| Pay Satisfaction | 63 | 67 | 61 | 56 | 57 |
| Organization Satisfaction | 61 | 66 | 61 | 60 | 62 |
| Recommend Organization | 67 | 71 | 67 | 65 | 67 |

For an Excel version of Global Satisfaction click this link 

# Appendix E: OPM FEVS Indices (continued)

## Performance Confidence Index – Governmentwide

| Index | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| **Overall Performance Confidence**<br>(An average of the responses for the 4 items below) | 87 | 84 | 84 | 84 |
| Met Needs of Customers | 86 | 88 | 87 | 87 |
| Contributed Positively to Agency Performance | 88 | 86 | 85 | 85 |
| Produced High Quality Work | 87 | 84 | 82 | 83 |
| Adapted to Changing Priorities | 87 | 80 | 80 | 80 |

For an Excel version of Performance Confidence click this link 

## DEIA Index – Governmentwide

| Index | 2022 | 2023 |
|---|---|---|
| **Overall DEIA**<br>(An average of the responses for the 4 subindices below) | 69 | 71 |
| Diversity | 70 | 71 |
| Equity | 65 | 67 |
| Inclusion | 75 | 76 |
| Accessibility | 67 | 69 |

For an Excel version of DEIA click this link 

# Appendix E: OPM FEVS Indices (continued)

## Employee Experience Index – Governmentwide

| Index | 2023 |
|---|---|
| **Overall Employee Experience** (An average of the responses for the 5 items below) | 73 |
| My job inspires me (Q. 86) | 62 |
| The work I do gives me a sense of accomplishment. (Q. 87) | 75 |
| I feel a strong personal attachment to my organization. (Q. 88) | 61 |
| I identify with the mission of my organization. (Q. 89) | 78 |
| It is important to me that my work contribute to the common good. (Q. 90) | 92 |

For an Excel version of Employee Experience click this link 



**United States Office of Personnel Management**
**Workforce Policy and Innovation/Strategic Workforce Planning**

1900 E Street, NW
Washington, DC 20415

opm.gov/FEVS

