# EXHIBIT L



# Human Resources Office

Dated 31 January 2025

## Presidential Executive Orders and Memorandums

| Title | Sources | Summary | ILNG Impact |
|---|---|---|---|
| Hiring Freeze | • EO, 20 Jan<br>• Asst SECARMY Memo, 24 Jan<br>• SECAIR Memo, 24 Jan | • Does not apply to DoD (T10, T32, T5)<br>• *"No vacant positions…may be filled and no new positions may be created…"* through USA Staffing (usajobs.gov) | • None, hiring practices can resume as normal |
| DEIA | • EO, 20 Jan<br>• OPM Memo, 21 Jan | • Executive Order 14035 repealed<br>• Put DEIA employees on paid administrative leave, close down DEIA offices, take down outward facing media, withdraw DEIA directives, cancel DEIA training<br>• Service Secretaries will provide updated training guidance | • No exclusive DEIA employees, no admin leave initiated<br>• Update training requirements to match pending Service guidance<br>• Recommend JDEC and subordinate councils are suspended until further notice |
| Return-to-Work | • EO, 20 Jan<br>• OPM Memo, 22 Jan<br>• OSD Memo (Acting SECDEF), 24 Jan<br>• ***New OSD Guidance Pending | • *"…revise…telework policy…employees must work full time at their respective duty stations…"*<br>• Despite any previous memos/guidance, OSD is preparing updated guidance for DoD | • No actions yet until updated OSD/NGB guidance is published<br>• 2x remote employees are exempt<br>• Services must start to consider how to accommodate current regular telework employees for full time in-office work (physical space, timing, resources, etc.)<br>• Other federal agencies may contact ILNG building managers to use space for remote employees; document these requests and await further instruction |
| Probationary Period | • OPM Memo, 20 Jan | • NLT 24 Jan, agencies identify probationary employees (NGB provided a roster to OPM to meet this requirement)<br>• Memo outlines agencies authority to grant paid administrative leave and to "detail" employees<br>• NGB has tasked HROs to validate probationary rosters by 5 Feb | • HRO will provide rosters to Services for review and validation by 4 Feb |
| Deferred Resignation | • OPM Email ("Fork in the Road"), 28 Jan<br>• OPM Memo, 28 Jan | • T32/T5 employees can elect to resign and retain pay/benefits until 30 Sep, cutoff for selection is 6 Feb<br>• Military personnel of the armed forces and positions related to "national security" are exempt from this offer, further details/definition of exemptions are pending<br>• NGB has requested T32 DST are exempt, unknown for T5<br>• Despite an employee's response to resign, approval is not guaranteed based on pending agency exemptions<br>• All T32/T5 employees should have received an email, those that have not should reference the OPM website<br>• NGBs initial assessment is the agency will lose the civilian position if the employee resigns (Net Loss Scenario) | • T32/T5 employees are allowed to make an individual decision to resign; however, approval is not guaranteed until final exemptions are determined<br>• If NGBs assessment on losing the position is true, then we will have to develop plans to substitute loss with other technician positions (Net Loss Scenario, Prioritization) |
| Defending Women | • EO, 20 Jan<br>• OPM Memo, 29 Jan | • Terminate programs that promote or inculcate gender ideology, put gender ideology employees on admin leave, take down outward facing media, remove pronoun prompts on emails system (Outlook), cancel training, disband resource groups, individual's sex is male or female only, use "sex" and not "gender", ensure intimate spaces are designated by biological sex | • No exclusive gender ideology employees, no admin leave initiated<br>• Will need to confirm compliance with media, pronouns, restrooms, etc. |

POC:  COL Bart J. Daly // bartholomew.j.daly.mil@army.mil