# EXHIBIT M



**NATIONAL GUARD BUREAU**
1636 DEFENSE PENTAGON
WASHINGTON DC 20301-1636

FEB 2 8 2025

MEMORANDUM FOR THE ADJUTANTS GENERAL AND THE COMMANDING GENERAL OF THE DISTRICT OF COLUMBIA

Subject: Actions on Defending Women Executive Order

References: (a) OPM Memorandum, "Initial Guidance Regarding President Trump's Executive Order Defending Women," 29 January 2025
(b) SecDef Memorandum, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," 31 January 2025

1. In accordance with the references, required actions for the National Guard of the States, Territories, and the District of Columbia listed in the attachment must be completed no later than 28 March 2025.

   a. Please report compliance on 1.a. through 1.j. in the attachment, "National Guard Joint Force Headquarters-State Office of Personnel Management Guidance," to Colonel Eliud Torres at: eliud.torres.1@us.af.mil with the subject "Executive Order Actions -- NGB-EO."

   b. Please report compliance with contract requirements to National Guard Bureau Office of Acquisitions inbox at: ng.ncr.ngb-arng.list.aq-ccir@army.mil. Ensure the subject line reads "Executive Order Actions -- NGB-AQ".

2. Point of contact is Major General Darrin E. Slaten; NGB DS; 703-614-7300.

STEVEN S. NORDHAUS
General, USAF
Chief, National Guard Bureau

Attachment:
As stated

ATTACHMENT

NATIONAL GUARD JOINT FORCE HEADQUARTERS-STATE OFFICE OF PERSONNEL MANAGEMENT GUIDANCE

1. Each National Guard unit in the States, Territories, and the District of Columbia will complete the following requirements and report completion to their National Guard Joint Forces Headquarters-State:

    a. Review and take appropriate steps to address all programs and grants that instruct or promote gender ideology.

    b. Review all position descriptions and send a notification to all employees whose position description involves instructing or promoting gender ideology that they are being placed on paid administrative leave effective immediately as the Agency takes steps to close and end all initiatives, offices, and programs that instruct or promote gender ideology.

    c. Remove all outward facing media (websites, social media accounts, and the like) that instruct or promote gender ideology.

    d. Review email systems, such as Outlook, and turn off features that prompt users for their pronouns.

    e. Withdraw any final or pending documents, directives, orders, regulations, materials, forms, communications, statements, or plans that instruct or promote gender ideology.

    f. Cancel any trainings that instruct or promote gender ideology or have done so in the past.

    g. Disband or cancel any employee resource groups or special emphasis programs that instruct or promote gender ideology or have done so in the past.

    h. Review all forms that require entry of an individual's sex and ensure that all list male or female only and not gender identity. Remove requests for "gender" and substitute requests for "sex."

    i. Ensure that all applicable policies and documents, including forms, use the term "sex" and not "gender."

    j. Ensure that intimate spaces for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.

2. Command and Acquisition authorities must closely coordinate to provide effective and efficient acquisition-related support. The National Guard Bureau Head of the Contracting Activity is responsible for implementing procurement authority and acquisition-related laws, Executive orders, regulations, and policies.

3. Implementing policy and guidance will be provided by the National Guard Bureau Head of the Contracting Activity, or designee, on all matters relating to contracts, grants and cooperative agreements.