# EXHIBIT N

**19658**    **Federal Register** / Vol. 90, No. 89 / Friday, May 9, 2025 / Rules and Regulations

TABLE 1 TO PARAGRAPH (c)—EPA-APPROVED ALABAMA REGULATIONS—Continued

| State citation | Title/subject | State effective date | EPA approval date | Explanation |
|---|---|---|---|---|
| * | * | * | * | * |
| Section 335–3–8–.48 | Authorization of Designated Representative and Alternate Designated Representative. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.49 | Responsibilities of Designated Representative and Alternate Designated Representative. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.50 | Changing Designated Representative and Alternate Designated Representative; Changes in Owners and Operators; Changes in Units at the Source. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.51 | Certificate of Representation ...................... | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| * | * | * | * | * |
| Section 335–3–8–.53 | Delegation by Designated Representative and Alternate Designated Representative. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| * | * | * | * | * |
| Section 335–3–8–.56 | Recordation of TR $NO_X$ Ozone Season Group 2 Allowance Allocations and Auction Results. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.57 | Submission of TR $NO_X$ Ozone Season Group 2 Allowance Transfers. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.58 | Recordation of TR $NO_X$ Ozone Season Group 2 Allowance Transfers. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.59 | Compliance with TR $NO_X$ Ozone Season Group 2 Emissions Limitation. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.60 | Compliance with TR $NO_X$ Ozone Season Group 2 Assurance Provisions. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| * | * | * | * | * |
| Section 335–3–8–.62 | TR $NO_X$ Ozone Season Group 2 Trading Program—Account Error. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.63 | TR $NO_X$ Ozone Season Group 2 Trading Program—Administrator's Action on Submissions. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| * | * | * | * | * |
| Section 335–3–8–.67 | Monitoring System Out-of-Control Periods | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.68 | Notifications Concerning Monitoring ........... | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.69 | Recordkeeping and Reporting .................... | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.70 | Petitions for Alternatives to Monitoring, Recordkeeping, or Reporting Requirements. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| Section 335–3–8–.71 | $NO_X$ Budget Program ................................. | 2/12/2024 | 5/9/2025, 90 FR [Insert **Federal Register** page where the document begins]. | |
| * | * | * | * | * |

*    *    *    *    *

[FR Doc. 2025–08091 Filed 5–8–25; 8:45 am]

**BILLING CODE 6560–50–P**

## GENERAL SERVICES ADMINISTRATION

### 41 CFR Part 102–74

[Notice–MA–2025–17; Docket No. 2025–0002; Sequence No.15]

### Federal Management Regulation; Nondiscrimination Clarification in the Federal Workplace; Rescission

**AGENCY:** Office of Government-wide Policy (OGP); General Services Administration, (GSA).

**ACTION:** Notification of Rescission.

**SUMMARY:** GSA is rescinding the Federal Management Regulation (FMR) bulletin on Nondiscrimination Clarification in the Federal Workplace, which provided guidance on the interpretation of the prohibition against sex discrimination under various Federal civil rights laws. The rescission is based on E.O. 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.*

**DATES:** *Applicability:* May 9, 2025.

**FOR FURTHER INFORMATION CONTACT:** For clarification of content or information regarding a request for a delegation of authority, please contact Aluanda R. Drain, Associate Administrator, Office of Civil Rights, 202–501–0767, or by email at *aluanda.drain@gsa.gov.* For information pertaining to status or publication schedules, contact the Regulatory Secretariat Division at 202–501–4755 or *GSARegSec@gsa.gov.* Please cite the Notification of Rescission of Nondiscrimination Clarification in the Federal Workplace in the subject line.

**SUPPLEMENTARY INFORMATION:** On August 18, 2016, GSA issued a bulletin titled ''Nondiscrimination Clarification in the Federal Workplace'' (81 FR 55148, as corrected at 81 FR 63134, September 14, 2016). This bulletin provided guidance on the interpretation of the prohibition against sex discrimination under various Federal civil rights laws including Title VII of the Civil Rights Act of 1964 (Title VII), as amended, and Title IX of the Education Amendments Act of 1973, (Title IX) as amended. In particular, the Bulletin concludes that sex discrimination under relevant Federal laws also included discrimination based on gender identity and gender status. Pursuant to E.O. 14168 ''*Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*'' (90 FR 8615, January 30, 2025), GSA is now rescinding that bulletin.

E.O. 14168 states that gender ideology embraces the belief that there are genders disconnected from the sex that one is assigned at birth. Accordingly, the E.O. directs agencies to promptly remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications or other messages. Additionally, the referenced Bulletin is inconsistent with E.O. 14168 in that it not only considers Title VII and Title IV to protect gender identity, but it also cites support in several cases issued by the U.S. Equal Employment Opportunity Commission upholding the use of restrooms based on gender identity. Therefore, the bulletin must be rescinded to bring GSA-controlled buildings into alignment with the principles of E.O. 14168 declaring that it is the Policy of the United States to recognize only two sexes, male and female.

**Larry Allen,**

*Associate Administrator, Office of Government-wide Policy, U.S. General Services Administration.*

[FR Doc. 2025–08129 Filed 5–8–25; 8:45 am]

**BILLING CODE 6820–34–P**