# EXHIBIT O



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

The Director

# MEMORANDUM

| | |
|---|---|
| **TO:** | Heads and Acting Heads of Departments and Agencies |
| **FROM:** | Charles Ezell, Acting Director, U.S. Office of Personnel Management |
| **DATE:** | July 10, 2025 |
| **RE:** | Updated Guidance Regarding Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* |

Pursuant to its authority under 5 U.S.C. § 1103(a)(1) and (a)(5), the U.S. Office of Personnel Management (OPM) is providing the following updated guidance to agencies regarding Executive Order 14168, entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (*Defending Women*), issued January 20, 2025.[1]

### I. Ending Gender Ideology in the Federal Workplace and Protecting Women

Executive Order 14168 recognizes a basic truth: sex is binary and unchangeable. However, in recent years, a radical new movement, embracing "gender ideology," attempts to erase that truth. This ideology attacks the ordinary and longstanding use and understanding of biological and scientific terms. It seeks to replace the immutable biological reality of sex with an internal, fluid, and subjective sense of "gender identity" unmoored from biological facts and based on crude stereotypes.

In many cases, this erasure has direct, negative consequences for women, allowing men who identify as women to gain access to single-sex spaces and activities designed for women, from women's domestic abuse shelters to women's workplace showers to women's prisons to women's sports. Invalidating the biological category of 'woman'," as gender ideology seeks to do, improperly transforms laws and policies designed to protect sex-based opportunities into laws and policies that undermine them, replacing treasured legal rights and core values with an identity-based, inchoate social concept that is exploited by radical activists to hurt and undermine women.

During the Biden-Harris Administration, Federal workers with faith- and conscience-based objections to gender ideology were threatened with discipline and punishment for failing to use biologically inaccurate pronouns.[2] In addition, the Biden-Harris Administration sought to allow

---

[1] This guidance fully replaces and supersedes OPM's January 29, 2025 guidance titled "Initial Guidance Regarding President Trump's Executive Order *Defending Women*."

[2] *See* Letter of U.S. Sens. Lankford, Risch, Lee, Rubio, Daines and Cruz to U.S. Health and Human Services Secretary Becerra (Oct. 16, 2024); OPM, *Guidance Regarding Gender Identity and Inclusion in the Federal Workplace* (March 23, 2023) (now deleted, rescinded, and inoperative).

biological males to use bathrooms, locker rooms, and lactation rooms reserved for women, insisting that subjective "gender identity" was all that mattered.

With Executive Order 14168, President Trump took a major step to put an end to this madness. He announced a basic policy for the Executive Branch: "to recognize two sexes, male and female." Further, the Executive Branch will henceforth "us[e] clear and accurate language and policies that recognize women are biologically female, and men are biologically male." "These sexes are not changeable and are grounded in fundamental and incontrovertible reality," and "the Executive Branch will enforce all sex-protective laws to promote this reality."

## II.  Implementation Steps for Agencies

To implement Executive Order 14168, agencies should have already taken the following steps. These steps are necessary to implement *Defending Women*'s directives that "Federal funds shall not be used to promote gender ideology," that Federal policies and documents shall consistently use sex and not "gender," and that women's intimate spaces are protected:

1. Emailed all agency employees announcing that the agency will be complying with *Defending Women* and this guidance.

2. In order to end all agency programs that promote or inculcate gender ideology, placed all employees whose department or position description involved inculcating or promoting gender ideology on paid administrative leave.

3. Reviewed agency email systems such as Outlook and turned off features that prompt users for their pronouns.

4. Canceled any employee trainings that inculcated or promoted gender ideology or did so in the past.

5. Disbanded or canceled any employee resource groups or special emphasis programs that inculcated or promoted gender ideology, or did so in the past.

6. Ensured that all agency-issued identification documents referred to sex and not gender.

7. Reviewed and revoked any and all agency personnel policies that reflected or promoted gender ideology, or else encouraged or promoted the classification of employees based on gender instead of biological sex.

8. Ensured that intimate spaces (such as bathrooms, locker rooms, and lactation rooms) at Federal worksites designated for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.

9. Reported to OPM on these steps via email at defendingwomen@opm.gov.

Please email defendingwomen@opm.gov no later than August 11, 2025 with a progress report on the steps that your agency has taken to implement Executive Order 14168 within the

agency workplace, including the steps above. Please email defendingwomen@opm.gov if you have any questions regarding this guidance.

cc: Chief Human Capital Officers (CHCOs), Deputy CHCOs, and Human Resources Directors, Chiefs of Staff