# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANNE WITHROW,<br>*on behalf of herself and all persons similarly situated,*<br><br>*Plaintiff*<br>v.<br><br>UNITED STATES OF AMERICA;<br><br>PETER HEGSETH, in his official capacity as Secretary of Defense;<br><br>UNITED STATES DEPARTMENT OF DEFENSE;<br><br>STEVEN S. NORDAUS, in his official capacity as Chief of the National Guard Bureau;<br><br>NATIONAL GUARD BUREAU;<br><br>CHARLES EZELL, in his official capacity as the Acting Director of the Office of Personnel Management;<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT;<br><br>MICHAEL RIGAS, in his official capacity as Acting Administrator of the General Services Administration; and<br><br>U.S. GENERAL SERVICES ADMINISTRATION<br><br>  *Defendants.* | Civil Action No. 1:25-cv-04073 |

**DECLARATION OF SHANA KNIZHNIK IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

1.      I am Shana Knizhnik, a Senior Staff Attorney for the American Civil Liberties Union Foundation (ACLU), Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project,

1

and I am co-counsel for Plaintiff and the Proposed Class in this matter.  I am also a member of the bar of this Court.  I make this declaration based on my personal knowledge.

2. The ACLU Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project works to ensure that lesbian, gay, bisexual, transgender, and queer people can live openly without discrimination and enjoy equal rights, personal autonomy, freedom of expression and association. One of our current priorities is to end discrimination, harassment, and violence toward transgender people, including discrimination against transgender people in the workplace.  The Project has successfully litigated numerous class actions, including for the purpose of vindicating the rights of transgender people and challenging discriminatory governmental action.   The team working on this case also includes Harper Seldin, Joshua Block, and Barbara Schwabauer.

3. I was among class counsel in *J.D. v. Azar*, 925 F.3d 1291 (D.C. Cir. 2019) (class action on behalf of unaccompanied minor immigrants denied access to abortions), and I am currently among class counsel in *Kingdom v. Trump*, No. 1:25-cv-691-RCL (D.D.C.), challenging the denial of gender affirming medical care and social accommodations for transgender individuals in the custody of the Federal Bureau of Prisons, for which preliminary injunctive relief and class certification were granted.  *See* 2025 WL 1568238, at *1 (D.D.C. June 3, 2025).

4. Harper Seldin is Senior Staff Attorney for the ACLU Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project.  He was among class counsel for plaintiffs on *K.C. v. Individual Members of the Medical Licensing Board of Indiana*, No. 1:23-CV-00595-JPH-KMB (S.D. Ind.), which had class claims under the Equal Protection Clause.

5. Joshua Block is Senior Counsel for the ACLU, Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project.  He was among class counsel for plaintiffs in *Toomey v. Arizona*, 4:19-cv-00035-RM-MAA (D. Ariz.), which had class claims under both Title VII and the

Equal Protection Clause. He also has experience as class counsel for a case in the Court of Federal Claims and in the Western District of Virginia.

6. Barbara Schwabauer is Senior Staff Attorney for the ACLU, Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project. Prior to joining the Project, Ms. Schwabauer worked as both a trial attorney and an appellate attorney at the United States Department of Justice Civil Rights Division. As a trial attorney, Ms. Schwabauer spent nine years litigating Title VII cases including "pattern-or-practice" lawsuits involving numerous claimants. Pattern-or-practice lawsuits are similar in scope and complexity to a class action but brought under a statutory cause of action available only to the United States Attorney General.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of November, 2025.

_S. Knizhnik_
Shana Knizhnik