# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANNE WITHROW,<br>*on behalf of herself and all persons similarly situated,*<br><br>*Plaintiff*<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.<br><br>*Defendants.* | Civil Action No. 1:25-cv-04073 |

## SECOND DECLARATION OF JONATHAN GLEKLEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1. I am a Partner at Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") and co-counsel for Plaintiff and the Proposed Class in this matter. I make this declaration based on my personal knowledge.

2. Arnold & Porter is a multinational law firm with more than 1,000 lawyers across sixteen offices worldwide, including almost 400 lawyers at its office in the District of Columbia. The firm is recognized for its leading litigation practice and has extensive class action experience. Last month BTI Consulting Group named the firm to its list of "Class Action Powerhouses."

3. In addition to its leading commercial practices, pro bono service has always been a core value of Arnold & Porter. From arguing for a right to counsel in the landmark *Gideon v. Wainwright* to a pro bono victory on behalf of military reservists in the Supreme Court in *Feliciano v. Department of Transportation* earlier this year, Arnold & Porter lawyers are deeply engaged in pro bono work, with firm lawyers providing more than 100,000 hours of pro bono work in 2024.

4. Arnold & Porter is co-counsel for Plaintiffs in this action with the American Civil Liberties Union Foundation, the Roger Baldwin Foundation of ACLU, Inc., attorneys from the

1

American Civil Liberties Union Foundation of the District of Columbia, and the Democracy Forward Foundation. The team working on this case at Arnold & Porter also includes Allissa Pollard, Christopher Odell, and Rachel Forman.

5.  I joined Arnold & Porter in 1993 after graduating from the University of Chicago Law School and have been a partner in the firm since 2001. For more than a decade, until earlier this year, I served as the chair of the firm's U.S. antitrust practice. In 2021-2022 I served as the Chair of the 9,000-member Antitrust Law Section of the American Bar Association. I am a member of the bars of the District of Columbia and of the State of Maryland and of the U.S. District Courts for the District of Columbia and for Maryland, as well as the bars of several courts of appeal including the United States Court of Appeals for the District of Columbia Circuit. I have significant litigation experience, including significant class action experience, albeit on the side of defendants. I also have experience representing transgender plaintiffs, and serve as counsel to the plaintiffs in *Schlacter v. U.S. Department of State*, No. 1:25-cv-01344-GLR (D. Md.), in which the district court issued a preliminary injunction requiring the Department of State to issue passports bearing gender markers that are consistent with the plaintiffs' gender identity.

6.  Allissa Pollard is a partner in Arnold & Porter's litigation practice in the Houston office, where her practice focuses on investigations and disputes, including litigation and arbitration. Ms. Pollard is a graduate of the University of Virginia Law School and has been a member of the state bar of Texas since 2008. Ms. Pollard joined Arnold & Porter as a partner in 2023 from DLA Piper, where she had been a partner since 2020 and previously an associate. She has significant litigation experience, including experience handling complex and multi-party cases. She also has experience representing transgender plaintiffs and organizations that support LGBTQ+ people. She also serves as counsel to the plaintiffs in *Schlacter v. U.S. Department of*

2

*State*. She previously represented a number of transgender adolescents and their families, medical providers, PFLAG, Inc. and GLAMA, in a constitutional challenge to Texas's ban on gender-affirming medical care in *State v. Loe*, 692 S.W.3d 215 (Tex. 2024) and the underlying trial. She currently represents PFLAG Inc. in its challenge to investigative demands issued by the Texas Attorney General's in *PFLAG Inc. v. Office of the Attorney General of the State of Texas*, Cause No. D-1-GN-24-001276 in the 261st District Court, Travis County, Texas and in related appeals in the Third Court of Appeals, the Fifteenth Court of Appeals, and in the Supreme Court of Texas.

7. Christopher Odell is the head of Arnold & Porter's Houston office. He is a Chambers-ranked, first-chair trial lawyer who is regularly retained by clients to try their highest-profile cases. He has extensive experience managing large matters. For the past decade, Mr. Odell has led teams in complex litigation matters, including mass tort cases. He also has experience as class action plaintiffs' counsel. He was co-lead counsel (together with the ACLU) in a class action bail reform case in the Southern District of Texas from 2018 to 2023, in which the team successfully obtained 23(b)(2) class certification (which was subsequently vacated due to legislative changes). Mr. Odell has litigated other constitutional claims as well, including in the reproductive rights space in multiple matters across Texas. Mr. Odell is a 2002 graduate of Tulane law school and a member of the state bars of Texas and New York. Mr. Odell joined Arnold & Porter as a partner in 2014, prior to which he was a partner at Hogan Lovells.

8. Rachel Forman is a counsel in Arnold & Porter's Washington, D.C. office, where her practice focuses on complex product liability matters and appellate litigation. She joined Arnold & Porter in 2023 from Shook, Hardy, & Bacon, where she was a partner. She is a member of the bars of the District of Columbia and the State of Florida and received here J.D. from St. Thomas University College of Law in 2013. She has significant experience defending against mass

torts on behalf of consumer product and medical device manufacturers and experience defending against class action litigation in state and federal courts across the country in similar cases.

9. I, along with Ms. Pollard, Mr. Odell, Ms. Forman, and other associates and staff at Arnold & Porter have committed substantial time and resources to representing the proposed class in this case. We have been heavily involved in the investigation and preparation of this matter.

10. Arnold & Porter, along with our co-counsel, has sufficient resources to vigorously prosecute the case. Arnold & Porter has more than 1,000 lawyers and extensive support staff. Arnold & Porter is committed to providing the resources necessary to represent the members of the Plaintiff class fairly and adequately. Neither Arnold & Porter, nor any co-counsel, have received or will receive payment from Plaintiff or putative class members in this case.

11. I am aware of no conflicts of interest between Arnold & Porter and any members of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th Day of November, 2025.

_____
Jonathan Ian Gleklen