# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEANNE WITHROW,
*on behalf of herself and all persons similarly situated,*

*Plaintiff*
v.

UNITED STATES OF AMERICA et al,;

   *Defendants.*

Civil Action No. 1:25-cv-04073

**DECLARATION OF KAITLYN GOLDEN IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR CLASS CERTIFICATION**

    1.    I am a Senior Counsel at Democracy Forward Foundation ("DFF") and co-counsel for Plaintiff and the Proposed Class in this matter.  I make this declaration based on my personal knowledge.

    2.    DFF is a nonprofit national legal organization that advances democracy and social progress through litigation, policy and public education, and regulatory engagement. DFF represents clients, including nonprofits, local governments, tribes, small businesses, unions, and individuals, in challenging harmful and unlawful governmental action and in supporting governmental action. As part of this work, DFF has successfully litigated dozens of administrative law cases generally, as well as bringing numerous class actions.

    3.    DFF is co-counsel for Plaintiffs in this action with of Arnold & Porter Kaye Scholer LLP, the American Civil Liberties Union Foundation, the Roger Baldwin Foundation of ACLU, Inc., and the American Civil Liberties Union Foundation of the District of Columbia.  The team working on this case at DFF also includes Paul Wolfson and Madeline Gitomer.

    4.    I have worked at DFF since August 2023.  Prior to joining DFF, I worked at Hogan Lovells US LLP from October 2015 to August 2023, first as a litigation Associate, then as the Pro

Bono Senior Associate, and then as a Senior Associate in the litigation practice. I have substantial litigation experience, including litigating matters of administrative law. In addition, I have litigated and settled class actions, including *Conner v. Optum360*, Case No. 2:17-cv-01642, Dkt. 122 (E.D. Pa.) (final settlement approval order) and *Mauthe v. Optum, Inc.*, Case No. 18-2894 (3d. Cir. 2019) (upholding summary judgment decision in class case). I earned my J.D. from Georgetown University Law Center in 2015. I am a member of the bars of the District of Columbia and the state of Washington, and admitted to practice in the U.S. District Court for the District of Columbia, U.S. District Court for the District of Maryland, numerous U.S. Courts of Appeals, and the U.S. Supreme Court.

5.    Paul R.Q. Wolfson is a Senior Legal Advisor who is likewise working on this case. Mr. Wolfson has been employed by DFF since May 2025. Before that, he most recently served as Deputy Associate Attorney General at the U.S. Department of Justice, where he supervised the litigation of the Civil Division. Before that, he spent nearly 20 years as a partner and co-chair of the Appellate and Supreme Court Litigation practice at Wilmer Cutler Pickering Hale and Dorr LLP, as well as eight years in the Office of the Solicitor General at the U.S. Department of Justice, and four years at Public Citizen Litigation Group. He has argued cases in the United States Supreme Court, nine United States Courts of Appeals, and numerous United States District Courts and state courts. Mr. Wolfson clerked for Supreme Court Justice Byron White and Judge Phyllis Kravitch of the U.S. Court of Appeals for the Eleventh Circuit. He graduated from Yale Law School.

6.    Mr. Wolfson was a founding member of the LGBT Association of DC, which was one of the nation's first LGBTQ bar associations. Mr. Wolfson has substantial experience representing transgender litigants, including in *Jane Doe 2. v. Trump*, No. 17-1597 (D.D.C.)

(challenging ban on transgender servicemembers) and *Fulcher v. Secretary of Veterans Affairs* (Fed. Cir.) (challenging denial of rulemaking petition on gender affirming care for transgender veterans). He also has extensive experience in litigation challenging government actions under the Constitution and the Administrative Procedure Act.

7.      Madeline Gitomer is a Senior Counsel at DFF and is likewise working on this case. Ms. Gitomer has been employed by DFF since September 2022. She has substantial litigation experience, including litigating matters of administrative law.   Ms. Gitomer has also worked on numerous legal matters pertaining to protecting the rights of transgender individuals, including analyses of regulations and laws regarding gender-affirming care and bathroom access.  Prior to joining DFF, from October 2013 to September 2022, Ms. Gitomer was an Associate and Senior Associate in the Privacy and Cybersecurity practice at Hogan Lovells US LLP.  She earned her J.D. from University of Pennsylvania Law School in 2013. Ms. Gitomer is a member of the New Jersey, Maryland, and District of Columbia bars.

8.      I, along with Ms. Gitomer and Mr. Wolfson, have committed substantial time and resources to representing the proposed class in this case. I have been heavily involved in the investigation and preparation of this matter.

9.      DFF, along with our co-counsel, has sufficient resources to vigorously prosecute the case. With a staff totaling more than 100 people, DFF employs more than 60 full-time lawyers and numerous support staff. DFF is committed to providing the resources necessary to represent the members of the Plaintiff class fairly and adequately. Neither DFF nor DFF staff, nor any co-counsel, have received or will receive payment from Plaintiff or putative class members in this case.

10.     I am aware of no conflicts of interest between myself, DFF, and any members of

the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th Day of November, 2025.

_____

Kaitlyn Golden