# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEANNE WITHROW, *on behalf of herself and all persons similarly situated,* <br><br> *Plaintiff* <br><br> v. <br><br> UNITED STATES OF AMERICA; et al. <br><br> *Defendants.* | Civil Action No. 1:25-cv-04073 |

**DECLARATION OF MICHAEL PERLOFF IN SUPPORT OF PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION**

I, Michael Perloff, declare as follows:

1. I am over 18 years old and make this declaration based on my personal knowledge of the matters described.

2. I am a member of the bar of this Court, the District of Columbia, the State of New York, and the D.C. Circuit. I am also one of the attorneys representing Plaintiff in this matter.

3. I graduated *cum laude* from Harvard Law School in 2017. After clerking on the D.C. Court of Appeals, I joined the American Civil Liberties Union Foundation of the District of Columbia (ACLU-DC) and have worked as a civil rights litigator there since 2018.

4. I have represented class plaintiffs in numerous civil rights class action proceedings in federal court. For example, I am lead counsel in *Cameron v. District of Columbia*, No. 21-cv-2908 (D.D.C.), a putative class action challenging the District's practice of

1

retaining cell phones seized from arrestees for unreasonable periods of time. In *Cameron*, after the district court dismissed the class claims on the merits, I successfully challenged the dismissal before the D.C. Circuit, which reversed the district court's dismissal and vacated its denial of class certification. See *Asinor v. District of Columbia*, 111 F.4th 1249, 1261 (D.C. Cir. 2024) (case consolidated with *Cameron*, No. 22-7130).

5. I am among the attorneys representing the class plaintiffs in *Kingdom v. Trump*, 2025 WL 1568238, at *13-*17 (D.D.C. June 3, 2025) (certifying class of incarcerated individuals with gender dysphoria challenging policy banning their access to crucial health care); *Davis v. United States Parole Commission*, 2025 WL 257779 (D.D.C. Feb. 11, 2025) (certifying class of individuals challenging defendants' failure to provide accommodations for people with disabilities on supervised release); and *Black Lives Matter D.C. v. Trump*, No. 20-cv-1469, slip op. at 33 (D.D.C. Mar. 14, 2025), ECF No. 261 (certifying class of protestors seeking damages for infringement of their First Amendment rights). I also was one of the lawyers representing the plaintiffs in *Banks v. Booth*, 468 F. Supp. 3d 101 (D.D.C. 2020) (granting preliminary injunction requiring D.C. Department of Corrections to improve conditions of confinement to address threat of COVID-19; class settlement later approved, April 2022).

6. Additionally, I was among the attorneys for the plaintiffs in *Hinton v. District of Columbia*, 567 F. Supp. 3d 30 (D.D.C. 2021), a case that sought relief for a class of incarcerated transgender individuals housed at the D.C. Jail in accordance with their sex assigned at birth rather than their gender identity. Likewise, I was an attorney in *Costa v. Bazron*, 464 F. Supp. 3d 132 (D.D.C. 2020) (suit on behalf of residents of Saint Elizabeths Hospital challenging repeated failure to adopt constitutionally adequate

2

emergency response plans for health emergencies, including the COVID-19 pandemic). Although neither of these cases resulted in certified classes, the first yielded a settlement securing significant policy changes benefitting all putative class members, and the second resulted in a preliminary injunction, and ultimately a settlement, each of which provided relief benefitting the putative class as a whole.

7. Finally, I have litigated two employment discrimination matters involving claims under the D.C. Human Rights Act: *Hedgeman v. District of Columbia*, 2020-CA-002833-B (D.C. Super. Ct. Jun. 10, 2022), and *Barber v. District of Columbia*, 2019-CA-006564-B (D.C. Super. Ct. Aug. 22, 2023).

8. My colleague Scott Michelman is a member of the bar of this Court, as well as the bars of the District of Columbia, California (inactive status), the Supreme Court of the United States, the U.S. Courts of Appeals for the District of Columbia, Second, Third, Fourth, Sixth, Seventh, Ninth, Tenth and Federal Circuits, and the U.S. District Courts for the Northern District of Columbia and the Eastern and Western Districts of Michigan. Mr. Michelman is one of the attorneys for Plaintiff in this matter.

9. Mr. Michelman graduated *magna cum laude* from Harvard Law School in 2004. After a federal appellate clerkship, he has been a litigator since 2005, primarily in the field of civil rights.

10. Mr. Michelman has worked at the American Civil Liberties Union of the District of Columbia since 2016 and has been its legal director or co-director since 2018. From 2011 to 2016, he practiced at Public Citizen Litigation Group, where class actions under Rule 23 were one of his major practice areas.

11. Mr. Michelman has represented class plaintiffs in a number of class action proceedings in

the federal courts of appeals and at the U.S. Supreme Court, including victories as counsel of record in *Tyson Foods, Inc. v. Bouaphakeo*, 577 U.S. 442 (2016) (holding that predominance inquiry could be satisfied by representative proof in wage-and-hour class action and that plaintiff class had been properly certified), and as lead counsel in *Roach v. T. L. Cannon Corp.*, 778 F.3d 401 (2d Cir. 2015) (holding that individualized damages determinations alone cannot preclude class certification under the predominance inquiry and vacating the denial of class certification).

12. Mr. Michelman was among class counsel for successful plaintiffs in *J.D. v. Azar*, 925 F.3d 1291 (D.C. Cir. 2019) (class action on behalf of unaccompanied minor immigrants denied access to abortions; injunctive relief and class certification largely affirmed on appeal). He is also among class or putative class counsel in *K.Y. v. District of Columbia* (D.D.C. No. 1:24-cv-03056); *Crowe v. Federal Bureau of Prisons* (D.D.C. No. 1:24-cv-03582); *J.G.G. v. Trump* (D.D.C. No. 1:25-cv-00766); *Escobar-Molina v. U.S. Department of Homeland Security* (D.D.C. No. 1:25-cv-03417); as well as several of the class cases discussed above—namely the *Cameron*, *Black Lives Matter*, *Davis*, *Banks*, *Hinton*, and *Costa* matters. Additionally, Mr. Michelman served as co-counsel in the *Hedgeman* and *Barber* employment discrimination matters mentioned previously.

13. Each spring semester beginning in 2015, Mr. Michelman has been appointed Shikes Fellow in Civil Liberties and Civil Rights and Lecturer on Law at Harvard Law School, where he has taught the upper-level course Civil Rights Litigation for 11 years.

14. Mr. Michelman is the author of the law school textbook Civil Rights Enforcement, now in its Second Edition (Aspen 2023). The Third Edition is scheduled for publication in September 2026.

15. I believe that Mr. Michelman and I will fairly and adequately represent the interests of the

class proposed to be certified in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on November 20, 2025.

/s/ Michael Perloff
Michael Perloff