# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANNE WITHROW,<br>*on behalf of herself and all persons similarly situated,*<br><br>*Plaintiff*<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.,*<br><br>*Defendants.* | Civil Action No. 1:25-cv-04073 |

### **DECLARATION OF MICHELLE TERESA GARCIA IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

1. I am Michelle Teresa Garcia, Deputy Legal Director of the Roger Baldwin Foundation of ACLU, Inc. (RBF) in Illinois. I am co-counsel for the Plaintiff and the Proposed Class for this matter. I make this declaration based on my personal knowledge.

2. As Deputy Legal Director, my work includes impact litigation to advance the civil rights and liberties of LGBTQI people and other disenfranchised people in Illinois. Currently, I represent a certified class of prisoners who request evaluation and treatment of gender dysphoria by the Illinois Department of Corrections, *Monroe v. Hughes,* No. 18-cv-00156 (S.D. Ill.). I have also brought and settled Title VII and Illinois Human Rights Act cases that allege sex and gender identity discrimination, including *Mesi v. Liquor and Allies Workers Union Local 3,* EEOC Charges 440-2019-01972 and 440-2019-01973, *Holt v. City of Springfield,* ALS No. 22-0174 (Ill. Hum. Rhts. Comm.), and *Hyatt v. Walmart Inc.,* ALS Nos. 23-0220, 23-0221 (Ill. Hum. Rhts. Comm.).

3. Additionally, I am class counsel in *Castañon Nava v. Department of Homeland Security*, No. 18-cv-3757, 2025 WL 2842146 (N.D. Ill. Oct. 7, 2025) to enforce a consent order

1

requiring DHS to abide by statutory requirements for warrantless searches, and I am class counsel for a certified class of immigrants detained at the Broadview ICE facility in *Moreno Gonzalez v. Noem,* No. 25-cv-13323 (N.D. Ill.).

4. Before RBF, I was a Trial Attorney at the United States Department of Justice Civil Rights Division, where I litigated "pattern or practice" civil rights cases involving hundreds and thousands of aggrieved persons from 2016 to 2022. At the United States Department of Housing and Urban Development, I represented the agency in Title VII cases before the United States Equal Employment Opportunity Commission involving sex, race, and disability discrimination from 2012 to 2016.

5. My team on this case includes Priyanka Menon, a staff attorney at RBF. Ms. Menon is class counsel for a certified class of peaceful protesters, clergy, and members of the press in *Chicago Headline Club v. Noem*, No. 25-cv-12173 (N.D. Ill.). Prior to joining RBF in 2025, Ms. Menon clerked for Judge Arun Subramanian of the United States District Court for the Southern District of New York and Judge Harry T. Edwards of the United States Court of Appeals for the District of Columbia Circuit.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19 day of November, 2025.

*Michelle Teresa García* (signature)

_____
Michelle Teresa García