IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANNE WITHROW, *on behalf of herself and all persons similarly situated,*<br><br>*Plaintiff*<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-04073 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION AND APPOINTING CLASS COUNSEL**

**THIS MATTER** is before the Court on Plaintiff's Motion for Class Certification ("Motion"). The Motion requests that the Court (1) certify the requested class; (2) appoint Plaintiff LeAnne Withrow as class representative; and (3) appoint the requested Class Counsel.

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** for the reasons stated in the Motion. Upon reviewing the Motion, the Court **CERTIFIES** the following Class as consistent with Federal Rule of Civil Procedure 23(a) and 23(b)(2) as well as this Court's Local Rules:

> All current and future civilian employees of the named defendants and their agencies whose gender identity differs from their "biological classification as either male or female" as defined in EO 14168 and who have been or will be prevented from using restrooms that align with their gender identity.

The Court finds that the Class meets the criteria of numerosity, commonality, typicality, and adequacy set forth in Federal Rule of Civil Procedure 23(a) and **CERTIFIES** the Class, as defined above, pursuant to Federal Rule of Civil Procedure 23(b)(2).

**IT IS FURTHER ORDERED** that the Court **APPOINTS** Plaintiff LeAnne Withrow as Class Representative.

**IT IS FURTHER ORDERED** that the Court **APPOINTS** Plaintiff's counsel from the American Civil Liberties Union Foundation, Democracy Forward Foundation, Roger Baldwin Foundation of ACLU, Inc., the law firm of Arnold & Porter Kaye Scholer LLP, and the attorneys at the American Civil Liberties Union Foundation of the District of Columbia as Class Counsel.

**SO ORDERED.**

This  _____th day of _____, 2025.

_____
United States District Judge