AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| LeAnne Withrow <br> *Plaintiff* <br> v. <br> United States, et al. <br> *Defendant* | Case No. 1:25-cv-4073 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff LeAnne Withrow

Date: 11/21/2025

/s/ Paul R.Q. Wolfson
*Attorney's signature*

Paul R.Q. Wolfson (DC Bar No. 414759)
*Printed name and bar number*

Democracy Forward Foundation P.O. Box 34553
Washington, D.C. 20043
*Address*

pwolfson@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*