AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| LeAnne Withrow | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:25-cv-4073 |
| United States, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff LeAnne Withrow                                                                                      .


Date:      12/02/2025                                          /s/Shana Knizhnik
                                                                            *Attorney's signature*

                                                              Shana Knizhnik, DDC Bar ID 120840
                                                                        *Printed name and bar number*
                                                              AMERICAN CIVIL LIBERTIES UNION
                                                                                  FOUNDATION
                                                                     125 Broad Street, 18th Floor
                                                                          New York, NY 10004

                                                                                    *Address*

                                                                        sknizhnik@aclu.org
                                                                              *E-mail address*

                                                                          (917) 716-0609
                                                                            *Telephone number*


                                                                                *FAX number*