UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Leanne Withrow,<br>*on behalf of herself and all persons similarly situated,*<br><br>*Plaintiff*<br><br>vs.<br><br>United States of America, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-04073 |

## MOTION FOR ADMISSION OF BARBARA SCHWABAUER

Pursuant to Local Civil Rule 83.2(c), Plaintiffs move for the admission of Barbara Schwabauer *pro hac vice*, in the above-entitled action. Ms. Schwabauer is employed by the American Civil Liberties Union and is a member of the Ohio State Bar. She resides and practices in the District of Columbia. Her declaration in support of this motion and certificate of good standing from the Ohio State Bar are filed herewith.

Dated: December 15, 2025

Respectfully submitted,
*/s/ Shana Knizhnik*
Shana Knizhnik
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(917) 716-0609
sknizhnik@aclu.org

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ | ) |
| Plaintiff(s) | ) |
|  | ) |
| vs. | ) Case Number: |
|  | ) |
| _____ | ) |
| Defendant(s) | |

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:

2. State bar membership number:

3. Business address, telephone and fax numbers:

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes          No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes          No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct. _[signature]_

| DATE | SIGNATURE OF ATTORNEY |

2

**BARBARA SCHWABAUER BAR ADMISSIONS**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| State Bar of Ohio | 0086999 | 11/08/2010 | Active |
| Eastern District of Wisconsin | n/a | 07/18/2011 | Active |
| Court of Appeals for the 1st Circuit | 1189891 | 08/16/2019 | Active |
| Court of Appeals for the 2nd Circuit | n/a | 07/20/2020 | Active |
| Court of Appeals for the 4th Circuit | n/a | 03/29/2022 | Active |
| Court of Appeals for the D.C. Circuit | 61959 | 09/16/2019 | Active |
| Supreme Court of the United States | 302456 | 06/19/2017 | Active |

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

    I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Barbara Ann Schwabauer**
Attorney Registration No. **0086999**

was admitted to the practice of law in Ohio on November 8, 2010; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 19th day of November, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*



No. 2025-11-19-1
Verify by email at GoodStandingRequests@sc.ohio.gov

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Leanne Withrow,<br>*on behalf of herself and all persons similarly situated,*<br><br>　　　　　　*Plaintiff*<br><br>vs.<br><br>United States of America, et al.,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-04073 |

**[PROPOSED]**
**ORDER FOR ADMISSION OF BARBARA SCHWABAUER *PRO HAC VICE***

Upon consideration of Plaintiffs' Motion for Admission of Barbara Schwabauer, it is hereby ORDERED that Plaintiffs' motion is granted; and

IT IS FURTHER ORDERED that Barbara Schwabauer is admitted *pro hac vice*.

Date: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Zia M. Faruqui
　　　　　　　　　　　　　　　　　　　　　United States District Judge