UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Leanne Withrow,<br>*on behalf of herself and all persons similarly situated,*<br><br>          *Plaintiff*<br><br>vs.<br><br>United States of America, et al.,<br><br>          *Defendants*. | Case No. 1:25-cv-04073 |

**MOTION FOR ADMISSION OF JOSHUA BLOCK**

Pursuant to Local Civil Rule 83.2(c), Plaintiffs move for the admission of Joshua Block *pro hac vice*, in the above-entitled action. Mr. Block is employed by the American Civil Liberties Union and is a member of the New York State Bar. He resides and practices in the State of New York. His declaration in support of this motion and certificate of good standing from the New York State Bar are filed herewith.

Dated: December 15, 2025

        Respectfully submitted,
        */s/ Shana Knizhnik*
        Shana Knizhnik
        American Civil Liberties Union Foundation
        125 Broad Street, 18th Floor
        New York, NY 10004
        (917) 716-0609
        sknizhnik@aclu.org

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | Case Number: |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:

2. State bar membership number:

3. Business address, telephone and fax numbers:

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes _____   No _____

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes _____   No _____

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

_____           _____
DATE                                                          SIGNATURE OF ATTORNEY

2

## JOSHUA BLOCK BAR ADMISSIONS

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| State of New York, 2nd Division, Kings County | 4370573 | 1/25/2006 | Active |
| Southern District of New York | JB5056 | 10/9/2007 | Active |
| Eastern District of New York | JB5056 | 10/16/2014 | Active |
| Eastern District of Michigan | n/a | 1/10/2014 | Active |
| Northern District of Texas | 4370573NY | 11/15/2016 | Active |
| District of North Dakota | n/a | 1/1/2017 | Active |
| Court of Appeals for the 2nd Circuit | n/a | 9/27/2021 | Active |
| Court of Appeals for the 3rd Circuit | n/a | 8/24/2009 | Active |
| Court of Appeals for the 4th Circuit | n/a | 12/29/2011 | Active |
| Court of Appeals for the 5th Circuit | n/a | 4/12/2017 | Active |
| Court of Appeals for the 6th Circuit | n/a | 12/23/2010 | Active |
| Court of Appeals for the 7th Circuit | n/a | 1/29/2010 | Active |
| Court of Appeals for the 9th Circuit | n/a | 10/7/2021 | Active |
| Court of Appeals for the 10th Circuit | n/a | 6/18/2014 | Active |
| Court of Appeals for the 11th Circuit | n/a | 11/10/2021 | Active |

| | | | |
|---|---|---|---|
| Court of Appeals for the Federal Circuit | n/a | 12/10/2014 | Active |
| Court of Federal Claims | n/a | 10/29/2010 | Active |
| Supreme Court of the United States | n/a | 3/4/2013 | Active |



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Joshua A. Block

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 25, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 19, 2025.

*Clerk of the Court*

CertID-00260875



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Leanne Withrow,
*on behalf of herself and all persons similarly situated,*

        *Plaintiff*

vs.

United States of America, et al.,

        *Defendants*.

Case No. 1:25-cv-04073

**[PROPOSED]**
**ORDER FOR ADMISSION OF JOSHUA BLOCK *PRO HAC VICE***

Upon consideration of Plaintiffs' Motion for Admission of Joshua Block, it is hereby

ORDERED that Plaintiffs' motion is granted; and

IT IS FURTHER ORDERED that Joshua Block is admitted *pro hac vice*.

Date: _____

                                                      Zia M. Faruqui
                                                      United States District Judge