UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEANNE WITHROW,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendants. | Civil Action No. 25-4073 (JMC) |

## JOINT MOTION TO SET BRIEFING SCHEDULE

The parties respectfully move this Court to set the following briefing schedule on Defendants' anticipated dispositive motion in this employment discrimination case: (1) Defendants' dispositive motion shall be due on or before February 26, 2026; (2) Plaintiff's response shall be due on or before March 30, 2026, and (3) Defendants' reply shall be due on or before April 23, 2026.  Defendants' current deadline to respond to the Complaint (ECF No. 1) is January 26, 2026.  Concurrently, the parties respectfully move this Court to stay briefing of Plaintiff's Motion to Certify Class (ECF No. 4) until after the Court resolves Defendants' anticipated dispositive motion.

\*      \*      \*

- 2 -

Dated: January 15, 2026                          Respectfully submitted,

                                                 JEANINE FERRIS PIRRO
                                                 United States Attorney

      /s/ *Shana Knizhnik*                      By:       /s/ *Dimitar P. Georgiev*
SHANA KNIZHNIK, D.D.C. Bar ID #120840             DIMITAR P. GEORGIEV, D.C. Bar #1735756
American Civil Liberties Union Foundation         Assistant United States Attorney
125 Broad Street, 18th Floor                      601 D Street, NW
New York, NY 10004                                Washington, DC 20530
917-716-0609                                      (202) 252 – 7678

*Attorney for Plaintiff*                          *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEANNE WITHROW,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Civil Action No. 25-4073 (JMC) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion for an order, and the entire record herein, it is hereby

ORDERED that the parties' motion is GRANTED, and it is further

ORDERED that the following schedule shall govern briefing of Defendants' anticipated dispositive motion: (1) Defendants' dispositive motion shall be due on or before February 26, 2026; (2) Plaintiff's response shall be due on or before March 30, 2026, and (3) Defendants' reply shall be due on or before April 23, 2026, and it is further

ORDERED that briefing of Plaintiff's Motion to Certify Class (ECF No. 4) is stayed pending further order of the Court.


SO ORDERED:


_____                    _____
Date                                 JIA M. COBB
                                     United States District Judge