UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANNE WITHROW,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Civil Action No. 25-4073 (JMC) |

## MOTION TO EXTEND

Defendants respectfully move this Court for a short, two-week extension, to March 13, 2026, to file their dispositive motion. The current deadline is February 26, 2026. The parties conferred, via counsel, and counsel for Plaintiff indicates that Plaintiff takes "no position on this motion."

Good cause exists to grant this motion. Undersigned counsel seeks this extension due to pressing developments in other matters, which have unexpectedly occupied the undersigned's attention over the past period. Specifically, undersigned counsel was required to address several emergency applications in other pending matters, including *CREW v. DOJ*, 25-4426 (CKK); *Uru v. Rubio*, 25-2524 (PLF), *Adya LLC v. Cole*, 26-0141 (TNM), and *Schumaker v. Rollins*, 24-2838 (LLA), which sidetracked counsel from being able to prepare an appropriate and concise filing for the Court's consideration in this case.

For these reasons, Defendants respectfully request that the Court grant this motion and extend Defendants' deadline to file a dispositive motion to March 13, 2026.

\*   \*   \*

- 2 -

Dated: February 20, 2026          Respectfully submitted,

                                           JEANINE FERRIS PIRRO
                                           United States Attorney

                                           By:        /s/ *Dimitar P. Georgiev*
                                             DIMITAR P. GEORGIEV, D.C. Bar #1735756
                                             Assistant United States Attorney
                                             601 D Street, NW
                                             Washington, DC 20530
                                             (202) 252 – 7678

                                             *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANNE WITHROW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-4073 (JMC) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants' dispositive motion shall be due on or before March 13, 2026.

SO ORDERED:

_____          _____
Date                                                JIA M. COBB
                                                    United States District Judge