# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEANNE WITHROW,<br>*on behalf of herself and all persons similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-04073 |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, and the entire record herein, it is hereby ORDERED that motion is DENIED.

SO ORDERED:

_____
Date

_____
JIA M. COBB
United States District Judge