UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEANNE WITHROW,

       Plaintiff,

   v.

UNITED STATES OF AMERICA, et al.,

       Defendants.

Civil Action No. 25-4073 (JMC)

## MOTION TO EXTEND REPLY DEADLINE

Defendants respectfully move this Court for a short extension of approximately two weeks, to June 12, 2026, to file Defendants' reply in support of their motion to dismiss filed on March 13, 2026. The current deadline for the reply is May 28, 2026, pursuant to the Court's minute order dated March 30, 2026. That minute order followed from an extension request made by Plaintiff on March 26, 2026 for a two-week extension of Plaintiff's opposition deadline (from April 14, 2026 to April 28, 2026), to which Defendants consented (ECF No. 35). The parties conferred regarding this motion via email between counsel and counsel for Plaintiff has advised that Plaintiff opposes the requested extension.

Good cause exists to grant this motion. The Assistant United States Attorney ("AUSA") assigned to this matter has been on extended leave for several months, with his first day back in the office expected to be on around June 8, 2026. The undersigned is coordinating the preparation of the reply brief in the assigned AUSA's absence and, when the schedule was adjusted in connection with Plaintiff's March 26, 2026 extension motion, Defendants had requested that Plaintiff adjust Defendants' reply deadline to the current deadline of May 28, 2026. That was expected to be a workable deadline at that time despite the assigned AUSA's absence.

Upon reviewing Plaintiff's opposition brief, however, the undersigned has determined that it is necessary to confer with the assigned AUSA as to certain arguments raised in that opposition as that AUSA had been principally responsible for researching and analyzing those issues as well as coordinating with various agency counsel. It is the undersigned's understanding that the assigned AUSA will not be reachable by email until the end of next week when the reply is currently due. The undersigned also is coordinating with an attorney with the Department of Justice who has an appellate argument on May 28, 2026, and thus limited availability to assist with this matter before the current deadline.

The requested extension also takes into account limitations in the undersigned's schedule that arose after the existing schedule had been established. In addition to monitoring the docket of the assigned AUSA while he is on leave, another AUSA under the undersigned's supervision unexpectedly has been on leave most of this month due to a personal matter and the undersigned also is monitoring that AUSA's docket as well, in addition to managing his own docket of cases and supervising a team of several other AUSAs who each handle a docket of approximately 60-100 cases. There also have been two amicus briefs filed in this case this month that need to be reviewed in connection with preparing the reply brief. ECF Nos. 51-52.

Accordingly, to have sufficient time to fully address the arguments raised in Plaintiff's opposition—in a case advancing novel claims in which three amicus briefs in total have been filed—Defendants are requesting a short extension of approximately two weeks, to June 12, 2026, to file their reply.

Pursuant to Local Rule 7(m), the undersigned contacted Plaintiff's counsel by email to obtain Plaintiff's position on the requested extension. Plaintiff opposes the requested extension on the basis that Plaintiff is facing "ongoing harms" and that Defendants' motion to dismiss is not

yet fully briefed six months after the Complaint was filed. These assertions, however, are not a basis to deny the short extension requested here.

As an initial matter, Defendant's motion to dismiss was filed on March 13, 2026, following a two-week extension of the date originally agreed to by the parties in a Joint Motion for Briefing Schedule filed on January 15, 2026 (ECF No. 23). Should the Court grant this extension request, briefing on the motion to dismiss will be completed within three months of that filing, which is not an unusual amount of time in any case let alone one advancing novel claims and involving amicus briefing. Moreover, Plaintiff has elected to assert Title VII claims against the heads of nearly every agency in the federal government rather than limiting the lawsuit to Plaintiff's own employing agency. Having chosen to file such an expansive lawsuit, Plaintiff cannot be heard to complain that it might take the government additional time to prepare court submissions. Defendants also note that 13 attorneys have appeared in this case on behalf of Plaintiff and, despite such extensive resources, Plaintiff still required a two-week extension to file the opposition brief, which afforded Plaintiff a total of six weeks from the filing of Defendants' motion to prepare a response. That is an indication of the time needed to address the issues presented in this case.

For these reasons, Defendants respectfully request that the Court grant this motion and extend Defendants' deadline to file their reply to, and including, June 12, 2026.

- 3 -

Dated: May 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ *Jeremy S. Simon*_____
JEREMY S. SIMON, D.C. Bar #447956
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2528
(202) 252-7678

*Attorneys for the United States of America*

- 4 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEANNE WITHROW,

      Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

      Defendants.

Civil Action No. 25-4073 (JMC)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have to, and including, June 12, 2026, to file their reply in support of their motion to dismiss.

SO ORDERED:

_____
Date

_____
JIA M. COBB
United States District Judge