**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEANNE WITHROW,<br>*on behalf of herself and all persons similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-04073 |

**PLAINTIFF LEANNE WITHROW'S**
**OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Plaintiff LeAnne Withrow (Ms. Withrow) respectfully opposes Defendants' Motion to Extend Reply Deadline, ECF 54.  Counsel for Ms. Withrow take their obligations of civility seriously.[1]  They have repeatedly agreed to extend Defendants' time in this matter.  But civility includes agreeing to extensions of time only where "clients' interests will not be adversely affected."  Local Civil Rules, App. A (D.C. Bar Voluntary Standards for Civility in Professional Conduct) at ¶ 10.  Here Ms. Withrow and the members of the class she seeks to represent have been unable to use restrooms that align with their gender identity since January 2025, when President Trump Issued Executive Order 14168 and the Office of Personnel Management instructed all departments and agencies of the United States to ensure that restrooms "designated for women, girls, or females (or for men, boys, or males) are designated by sex and not identity." *See Charles* Ezell, Memorandum Re: Initial Guidance Regarding President Trump's Executive Order Defending Women, Jan. 29, 2025, https://www.opm.gov/media/yvlh1r3i/opm-memoinitial-

---

[1] Not so counsel for Defendants.  *See* Opposition to Motion to Dismiss, ECF 45, at 1 n.1.

guidance-regarding-trump-executive-order-defending-women-1-29-2025-final.pdf

[https://perma.cc/3L6Q-APXT]; Declaration of LeAnne Withrow, ECF 4-17, ¶¶ 16-17.  To avoid

the need to use the restroom, Ms. Withrow has been starving herself and limiting her consumption

of fluids, which has affected her physical health.  Declaration of LeAnne Withrow, ECF 4-17,

¶¶ 26-27.

After exhausting her administrative remedies, Ms. Withrow filed her Complaint in this

action, ECF 1, on November 20, 2025 – *six months ago*.  Defendants have repeatedly sought

extensions of time, to which Plaintiff has previously agreed.  Defendants' original sixty-day

deadline to answer or move in response to the Complaint under the Federal Rules was January 24,

2026. ECF 15.  In response to Defendants' unopposed request, ECF 24, that deadline was extended

by a month until February 26.  Minute Order, Jan. 16, 2026.  Defendants sought an additional

three-week extension on February 20, ECF 24, and the Court granted that unopposed request to

extend the deadline until March 13.  Minute Order, Feb. 23, 2026.   When Ms. Withrow sought a

two-week extension to her deadline to oppose the motion to dismiss, Plaintiffs sought a three week

extension of their own deadline to reply in order to avoid their reply being due the Friday before

the Memorial Day holiday.  ECF 35.  Counsel for Plaintiff agreed to the three week extension, but

informed counsel for Defendants that it would not be willing to grant additional extensions.

Defendants' reply is currently due on May 28.  Minute Order, March 30, 2026.

The current schedule affords Defendants thirty days to file their reply brief rather than the

seven days in L. Civ. R. 47(d).  Defendants nevertheless claim to need additional time – 45 days

from Plaintiff's opposition – because their primary counsel working on the case, Mr. Georgiev-

Remmel, is out on leave.  But counsel for Defendants knew of Mr. Georgiev-Remmel's planned

parental leave months ago, before agreeing to file their reply brief on May 28.  There is no

unexpected personal emergency or conflicting professional obligation that justifies yet another extension here.

"The Department of Justice is the world's largest law office, employing more than 10,000 attorneys nationwide."   https://www.justice.gov/oarm.   The Defendants in this case include virtually every agency and department of the United States, which collectively employ tens of thousands of additional lawyers.   There is no justification for an additional extension of time because one Department of Justice attorney is on a planned leave about which Defendants knew months ago when the agreed to the current schedule.   Given the ongoing prejudice to Ms. Withrow and the class she seeks to represent, Defendants' motion should be denied.

Dated: May 21, 2026

Michelle Teresa García*
Priyanka Menon*
Roger Baldwin Foundation of ACLU, Inc.
150 N Michigan, Suite 600
Chicago, IL 60601
312-201-9740 ext. 319
mgarcia@aclu-il.org
pmenon@aclu-il.org

Kaitlyn Golden (D.C. Bar No. 1022111)
Madeline Gitomer (D.C. Bar No. 1023447)
Paul Wolfson (D.C. Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kgolden@democracyforward.org
mgitomer@democracyforward.org
pwolfson@democracyforward.org

Respectfully Submitted,

/s/ Shana Knizhnik
Shana Knizhnik (D.D.C. Bar No. 120840)
Harper Seldin*
Joshua Block*
American Civil Liberties Union Foundation
125 Broad St., New York, NY 10004
917-716-0609
sknizhnik@aclu.org
hseldin@aclu.org
jblock@aclu.org

Barbara Schwabauer*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, D.C. 20005
212-549-2515
bschwabauer@aclu.org

Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
Laura Follansbee (D.C. Bar No. 1782046)
ACLU Foundation of the District of
Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
202-601-4267
smichelman@acludc.org
mperloff@acludc.org
lfollansbee@acludc.org.

 /s/ Jonathan Gleklen
Jonathan Gleklen (D.C. Bar No. 443660)
Rachel Forman*
Darrel Pae*
Sangeeta Shastry*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-5000
jonathan.gleklen@arnoldporter.com
rachel.forman@arnoldporter.com
darrel.pae@arnoldporter.com
sangeeta.shastry@arnoldporter.com

Allissa Pollard*
Christopher Odell*
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
713-576-2451
allissa.pollard@arnoldporter.com
christopher.odell@arnoldporter.com

Summer Perez (pro hac vice forthcoming)
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7314
summer.perez@arnoldporter.com

* Admitted pro hac vice

-4-

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LEANNE WITHROW,<br>*on behalf of herself and all persons similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-04073 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion, and the entire record herein, it is hereby

ORDERED that Defendants' motion is DENIED.

SO ORDERED:

_____          _____
Date                             JIA M. COBB
                                 United States District Judge