UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEANNE WITHROW,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 25-4073 (JMC)

## DECLARATION OF MARK G. ALESSIA

I, Mark G. Alessia, hereby declare as follows:

1. I am a retired Brigadier General with the Illinois Army National Guard. I am currently the Director of Resilience Programs. I have been in that position since 1 March 2024.

2. In my current position, I became the direct supervisor of the Plaintiff, LeAnne Withrow around 1 Jun 2025 and remain in that role as of this date. Prior to that, there was a layer of supervision between me and the Plaintiff. In September 2025, my directorate consolidated office space and at that time my office was (and remains) situated in the same office space as the office assigned to Plaintiff, and I see the Plaintiff regularly during work hours. Plaintiff's work is performed principally out of that assigned office and has been since I became the direct supervisor of Plaintiff.

3. The office area in which Plaintiff's office is located has access to a single-user bathroom. Plaintiff sits in a cluster of approximately three offices that is in a corner area on one floor of an office building at Camp Lincoln. The single-user bathroom is on the same floor as Plaintiff's office and in close proximity to Plaintiff's office. The bathroom is just outside the cluster of offices in which Plaintiff sits. It is approximately 50 feet or less in walking distance from Plaintiff's actual office to the single-user bathroom.

4. Plaintiff has had the single-user bathroom available for use before and after issuance of the Executive Order referenced in the Complaint in this action. To my knowledge, there have been no issues with Plaintiff utilizing this single-user bathroom.

I declare under penalty of perjury that the foregoing is true and correct based on my knowledge, information and belief.

Dated: June _12_ 2026

_Mark G Alessia_

Mark G. Alessia, BG Retired
ILNG Director of Resilience Programs

2