## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEANNE WITHROW,** | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:25-cv-04073 |
| **UNITED STATES OF AMERICA, et al.,** | |
| *Defendants,* | |
| and | |
| **JANE DOE** | |
| *Defendant-Intervenor.* | |

### [PROPOSED] ORDER

With good cause shown, Proposed Intervenor JANE DOE's Motion to Intervene as a Defendant in this case is GRANTED pursuant to Federal Rule of Civil Procedure 24(a). The Proposed Intervenor's Answer shall be considered filed as of this date.

IT IS SO ORDERED:

_____          _____
DATE                                                          JIA M. COBB
                                                                  United States District Judge