IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEANNE WITHROW,

                Plaintiff,

       vs.                            Civil Action No.
                                       1:25-cv-04073-JMC

UNITED STATES OF

AMERICA,

                Defendant,

And

JANE DOE

                Proposed Defendant-Intervenor.

## AFFIDAVIT OF JANE DOE, PROPOSED DEFENDANT-INTERVENOR

I, an individual appearing as "Jane Doe" to retain my anonymity, do hereby declare:

1.   I am the individual described in the Motion to Intervene in the instant case as the individual proposed Defendant-Intervenor.

2.   I have moved herein to retain my anonymity while proposing to intervene as a defendant in this case.

3.   I was born on July 25, 1971, and am currently 54 years old.

4.   I am married to a member of the National Guard in the United States Army, and I reside in Virginia.

5.   I am employed at the Department of the Army and have been employed with this employer for almost 18 years in various roles.

6.   Several members of my family have served in the Army. I have a grandfather who served in World War II, a great uncle who served in the Korean war, and a brother who was deployed to Iraq.

7. In my current role I oversee intellectual property matters (patents, trademarks, trade secrets, technical data, licensed software) related to Army acquisitions. My previous roles include Operations Officer until 2019 and I worked in acquisitions until 2023. Those positions were in the Pentagon building and in the Taylor building in Arlington, Virginia.

8. I have been in my current position for over 6 years. I was hired in 2019 as an Acquisition Policy Specialist and I retained this position title until August of 2023.

9. Although my title changed in 2023 my day-to-day tasks remained largely the same. At the time my title changed additional people were hired to do the work I had been doing.

10. I view my role in the U.S. Army as one critical part of procuring the equipment that keeps members of our armed forces like my husband safe so they can protect and defend our country.

11. I really enjoy my work; I like the research and analysis required in my position and believe it is a good match for my skills and abilities. It is a significant role for the Army, and I believe I am contributing to the advancement of our military by serving in this way. My job is very important to me.

12. In 2019 I worked in-office in the Taylor Building at 2530 Crystal Drive in Crystal City; I would sometimes attend meetings in the Pentagon in Arlington, Virginia. Sometimes I would go to meetings at Fort Belvoir or Joint Base Andrews.

13. During the Covid-19 pandemic, like most workers, my department was sent to work remotely from home.

14. At the end of the pandemic, the Biden Administration returned us to work in the office two days per pay period or essentially one day per week. This return-to-work occurred around May of 2023.

15. Shortly after I was hired to work in a remote position. However, after the Trump Administration came into office, all workers were required to return to the office unless an employee met an exemption which would allow individuals to work from home.

16. I was called back into the office last year and. required to return to the office from July to October 2025 because my husband was not on active duty during that time and so I did not meet the criteria to retain my exempted status.

17. My husband signed up for a 3-year term of active duty in October 2025. This allows me to again work remotely under the current rules and at the current time.

18. Although I currently work from home, I expect to go into federal office buildings from time to time for meetings, trainings, or other gatherings. For example, I am planning to go to an office in Arlington VA for a meeting in September of this year.

Docusign Envelope ID: 38556B15-B9E6-83BF-8376-BEC83A4E4C71

19. Also, many variables could affect my ability to work from home and require that I attend in-person work in the office. This would include any change in the work-from-home exemption, my husband's active duty status, any change in my position, such as taking a promotion or changing jobs.

20. I enjoy working in the office. I am very worried about returning to in-office work if my ability to access women's private restrooms were to change to allow access by men.

21. Because my husband is an active duty military serviceman, I sometimes attend family days, ceremonies or other events with my husband in federal buildings or on military installations. I have attended events at or visited various installations including at Aberdeen Proving Grounds and Fort Meyer .

22. I am very proud of my husband and his military service and I very much hope to be able to continue attending ceremonies, family days and other military events with him.

23. As a female federal worker and military spouse, I strongly believe that women's restrooms should be free from men.

24. I get anxious at the thought of encountering men in a public restroom.

25. I once went to the University of Maryland to file some paperwork. I was a previous student at the University of Maryland so I was very familiar with the building I was visiting; this was a building where I had taken classes as a student. While there, I stopped into a restroom on a floor where the women's room had previously been located. However, I did not encounter a "women's" room but instead came upon a sign that declared it was an "all gender bathroom". I immediately retreated to find a women's room. On the next floor up, I encountered a men's room. Then I went up the stairs to the next floor and found another "all gender restroom". I had to leave that building (an academic building) and travel to another building in the university center to find a woman's restroom. I was panicked during my search because I had to urinate urgently but also needed to find a room for me to do that. It was unfathomable to me to enter a men's restroom or an "all gender" restroom. It was not a risk I was willing to take to go into a room where a man could come in while my pants were pulled down.

26. I would refrain at all costs from entering an "all gender" bathroom because I am worried for both my safety and dignity.

27. I would not voluntarily sign up for anything that may require me to encounter men in women's private spaces. For example, I would not sign up for a gym membership at Planet Fitness because I have seen video coverage of men entering women's locker rooms and I wish to avoid any possible experience where a man would enter what I consider to be a very private and vulnerable space.

28. I am a sexual assault survivor. Because of my understanding of how vulnerable women can be around men, I believe in minimizing my risk and am concerned for my safety.

Allowing men into women's private spaces, especially private spaces with no through traffic and no cameras, would put me at risk of harm.

29. I am a modest person. I value my privacy as part of my dignity. I do not want men in my restroom for purposes of maintaining my dignity.

30. If or when I am called to return to an in-office job, it would be incredibly stressful for me to worry about going to the bathroom while at work if men were permitted to be in there.

31. When I attend functions on different federal buildings or installations, I am usually required to use large, multi-stalled bathrooms. It would be impossible to locate and map out single use restrooms in every building I may attend.

32. I seek to intervene in this lawsuit as a Defendant because I want to defend women's rights to private spaces, particularly where I work and visit, in federal buildings in and around Washington, D.C.


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 6/12/2026_____


Date: 6/12/2026_____

Signed by:

Jane Doe

—9EFDC8DAE873469...

Signature – Jane Doe