**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEANNE WITHROW,**<br><br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>*Defendants,*<br><br>and<br><br>**JANE DOE**<br><br>*Defendant-Intervenor.* | Civil Action No. 1:25-cv-04073 |

**[PROPOSED] ORDER**

With good cause shown, Proposed Intervenor JANE DOE's Motion to Proceed

Anonymously as a Defendant in this case is GRANTED pursuant to Federal Rule of Civil

Procedure 10(a).

IT IS SO ORDERED:

_____         _____
DATE                              JIA M. COBB
                                  United States District Judge