**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEANNE WITHROW, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:25-cv-04073-JMC |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), Priyanka Menon withdraws her appearance as counsel for plaintiff Leanne Withrow in the above-captioned matter.

All other counsel listed on the docket from the Roger Baldwin Foundation of ACLU, Inc., the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of the District of Columbia, the Democracy Forward Foundation, and Arnold & Porter Kaye Scholer LLP will continue to represent Ms. Withrow in this matter.

Dated: June 23, 2026

Respectfully submitted,

/s/ *Priyanka Menon*

Priyanka Menon
Maryland Bar No. 2211290056
pmenon@aclu-il.org
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, Illinois 60601
(312) 201-9740