**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEANNE WITHROW, *on behalf of herself and all persons similarly situated,* <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-04073-JMC |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Proposed Defendant-Intervenor Jane Doe's Motion to

Intervene, and the entire record herein, it is hereby ORDERED that motion is DENIED.

SO ORDERED:

_____                                    _____
Date                                                         JIA M. COBB
                                                                United States District Judge