**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEANNE WITHROW, on behalf of herself and all persons similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-04073-JMC |

**NOTICE OF WITHDRAWAL**

The undersigned attorney, Michael Perloff, hereby withdraws from this case and shall no longer be associated as counsel of record for Plaintiff in the above-captioned case.

Dated: October 23, 2026

Respectfully Submitted,
*/s/ Michael Perloff*
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
529 14th Street, Ste. 420
Washington, D.C. 20001
mperloff@acludc.org
(202) 457-0800